**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, ETC., | CASE NUMBER |
| PLAINTIFF(S) | CV 11-05887 MMM (RZx) |
| v. | **ORDER TO REASSIGN CASE** **UPON RECUSAL OF MAGISTRATE JUDGE** ☑ **FOR DISCOVERY** |
| RBS SECURITIES, INC., ETC., INDYMAC MBS, INC., ET AL., | |
| DEFENDANT(S). | ☐ **PER GENERAL ORDER 05-07** |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of ___ his impartiality might reasonably be questioned ___

_____

_____

_____

_____,

HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 08-05.

___ 8/8/11 ___
Date

_____
United States Magistrate Judge

---

### NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge ___ John E. McDermott ___.
On all documents subsequently filed in this case, substitute the initials ___ JEM ___ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: ___ CV 11-05887 MMM(JEMx) ___.

This is very important because documents are routed to the Magistrate Judge by means of the initials.

*cc: ☐ Previous Magistrate Judge*

CV-110 (05/08)          **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**