MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union Administration Board

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*<br><br>Defendants. | Case No. CV 11-5887-GW(JEMx)<br><br>**ORDER ON JOINT STIPULATION REGARDING NOMURA HOME EQUITY LOAN, INC.**<br><br>Judge:      Hon. George Wu<br>Courtroom:  10 |

2839750v1/012661

Pursuant to the stipulation entered into by and between counsel for Plaintiff National Credit Union Administration Board, as Liquidating Agent of Western Corporate Federal Credit Union ("NCUA"), and counsel for Defendant Nomura Home Equity Loan, Inc. ("NHELI"), and good cause appearing therefor;

IT IS HEREBY ORDERED that NCUA's claims against NHELI in this action are dismissed with prejudice. Judgment should be entered forthwith on those claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure because there is no just reason for delay.

The Court has held that the dispositive legal issue is "whether the Extender Statute, 12 U.S.C. § 1787(b)(14), operates to extend the statute of repose present in 15 U.S.C. § 77m" (Dkt. No. 126 at 2-3), and has concluded that it does not, which renders the claims against NHELI untimely. The dismissal with prejudice is based on the Court's dispositive legal ruling as to the Extender Statute. The Court granted NCUA leave to replead in an amended complaint the sufficiency of any claims that the Court found insufficient in the original Complaint, but that process would be futile as to any claim that the Court has ruled is untimely under its interpretation of § 1787(b)(14).

Whether 12 U.S.C. § 1787(b)(14) applies to the three-year period in Section 13 of the Securities Act is a legal question, presently fit for appellate review, the resolution of which could determine whether a claim may be brought against NHELI and other defendants in pending cases brought by NCUA in this Court. In the event that the dismissal of the claims against NHELI is reversed on appeal and proceedings against NHELI resume in the district court, neither NHELI nor the NCUA shall be deemed to have waived any argument, defense, motion or claim arising out of or related to the FAC.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
The Honorable George H. Wu
United States District Judge

2839750v1/012661                    1