Marc T.G. Dworsky (SB# 157413)
Christian K. Wrede (SB# 268307)
MUNGER, TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
marc.dworsky@mto.com
christian.wrede@mto.com

*Attorneys for Defendants Wachovia Mortgage Loan Trust, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br>vs.<br><br>RBS SECURITIES, INC., *et al.*<br><br>Defendants. | Case No. CV-11-5887 GW(JEMx)<br><br>**JUDGMENT**<br><br>Judge:     Hon. George Wu<br>Courtroom:  10 |

[PROPOSED] FINAL JUDGEMENT RE: WACHOVIA

The Court having dismissed with prejudice the sole claim asserted against Defendant Wachovia Mortgage Loan Trust, LLC ("Wachovia") and having found that there is no just reason for delay in entering judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a partial final judgment is hereby entered, under Fed. R. Civ. P. 54(b), that plaintiff shall take nothing on its claim against Wachovia, and that the parties shall bear their own costs.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
The Honorable George H. Wu
United States District Judge

Presented By:

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
DAVID H. FRY
CHRISTIAN K. WREDE

By: _____

David H. Fry

Attorneys for Defendant
WACHOVIA MORTGAGE LOAN TRUST, LLC

1   [PROPOSED] FINAL JUDGEMENT RE: WACHOVIA
Case No. CV 11-5887 GW(JEMx)