MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union
Administration Board

(See Signature Page for Names and Addresses
of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*<br><br>Defendants. | Case No. CV 11-5887-GW(JEMx)<br><br>**JUDGMENT REGARDING NOMURA HOME EQUITY LOAN, INC.**<br><br>Judge:        Hon. George Wu<br>Courtroom:   10 |

2839800v1/012661

The Court having dismissed with prejudice the claims asserted against Nomura Home Equity Loan, Inc. ("NHELI") and having found that there is no just reason for delay in entering judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final judgment is hereby entered on the claims against NHELI, under Fed. R. Civ. P. 54(b), in favor of NHELI and against NCUA; NCUA shall take nothing on its claims against NHELI; and the parties shall bear their own costs.

IT IS SO ORDERED.

Dated: August 22, 2013

_____
The Honorable George H. Wu
United States District Judge