Christopher C. Chiou (Cal. Bar No. 233587)
cchiou@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Barbara S. Steiner
(*pro hac vice*)
bsteiner@jenner.com
Matthew J. Thomas
(*pro hac vice*)
mthomas@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nomura Asset Acceptance Corp.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>The Honorable George H. Wu<br><br>**STIPULATION FOR TWO-DAY EXTENSION OF DEADLINE FOR SUPPLEMENTAL MEMORANDUM IN SUPPORT OF NOMURA ASSET ACCEPTANCE CORP.'S MOTION TO DISMISS THE FIRST AND TENTH CLAIMS OF THE FIRST AMENDED COMPLAINT AS DIRECTED AGAINST NOMURA ASSET ACCEPTANCE CORP.**<br><br>Complaint Filed: July 18, 2011<br>First Amended Complaint Filed: August 19, 2013 |

1  Defendant Nomura Asset Acceptance Corp. ("Nomura") and Plaintiff National
2  Credit Union Administration Board, as Liquidating Agent of Western Corporate
3  Federal Credit Union ("NCUA"), through their counsel of record, hereby agree and
4  stipulate as follows:

5  **WHEREAS,** on October 3, 2013, Nomura filed its motion to dismiss the first
6  and tenth claims of the first amended complaint as directed against Nomura (ECF No.
7  202);

8  **WHEREAS,** the hearing on Nomura's motion to dismiss was held on
9  December 19, 2013;

10  **WHEREAS,** during the December 19, 2013 hearing, Nomura sought leave to
11  submit a supplemental memorandum to clarify the state of the controlling law in the
12  First Circuit during the period applicable to NCUA's claims in this case;

13  **WHEREAS,** the Court granted Nomura leave to file a supplemental
14  memorandum in support of its motion to dismiss by January 6, 2014, but suggested
15  that the parties might avoid further briefing by stipulating to a discovery plan while
16  the Ninth Circuit appeal in the *Goldman* matter (Case No. 2:11-CV-06521-GW-JEM)
17  is proceeding;

18  **WHEREAS,** the parties have been conferring in good faith to work out a
19  mutually agreeable discovery plan;

20  **WHEREAS,** although the parties have not yet reached an agreement, their
21  discussions have been productive and the parties believe that an additional two days of
22  conferring may result in a resolution that would avoid the need for further briefing;

23  **WHEREAS,** accordingly, the parties respectfully request a two-day extension
24  of the deadline for Nomura's supplemental memorandum in support of its motion to
25  dismiss from January 6, 2014 to January 8, 2014;

26
27
28

**NOW, THEREFORE**, **IT IS HEREBY STIPULATED AND AGREED** that:

1. The parties respectfully request that the Court enter an order moving the deadline for Nomura's supplemental memorandum in support of its motion to dismiss the first and tenth claims of the first amended complaint as directed against Nomura from January 6, 2014 to January 8, 2014.

2. The deadline for NCUA's opposition to Nomura's supplemental memorandum would be unchanged (January 20, 2014).

3. The deadline for Nomura's reply brief in support of its supplemental memorandum would be unchanged (January 31, 2014).

4. The hearing on the issues raised in Nomura's supplemental memorandum, NCUA's opposition, and Nomura's reply brief would be unchanged (February 10, 2014).

DATED: January 3, 2014         Respectfully submitted,

                               JENNER & BLOCK LLP

                                /s/ Christopher C. Chiou
                               Christopher C. Chiou

                               Attorneys for Defendant
                               Nomura Asset Acceptance Corp.


                               SUSMAN GODFREY L.L.P. /
                               KOREIN TILLERY LLC /
                               KELLOGG, HUBER, HANSEN, TODD,
                               EVANS & FIGEL, P.L.L.C.


                                /s/ Michael E. Klenov
                               Michael E. Klenov

                               Attorneys for Plaintiff
                               National Credit Union Administration