| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>The Honorable George H. Wu<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR TWO-DAY EXTENSION OF DEADLINE FOR SUPPLEMENTAL MEMORANDUM IN SUPPORT OF NOMURA ASSET ACCEPTANCE CORP.'S MOTION TO DISMISS THE FIRST AND TENTH CLAIMS OF THE FIRST AMENDED COMPLAINT AS DIRECTED AGAINST NOMURA ASSET ACCEPTANCE CORP.**<br><br>Complaint Filed: July 18, 2011<br>First Amended Complaint Filed: August 19, 2013 |

\* \* \*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT** this Court, having considered the parties' Stipulation for Two-Day Extension of Deadline of Supplemental Memorandum in Support of Nomura Asset Acceptance Corp.'s Motion to Dismiss the First and Tenth Claims of the First Amended Complaint as Directed Against Nomura Asset Acceptance Corp., and good cause appearing, hereby orders the following:

1. The deadline for Nomura's supplemental memorandum in support of its motion to dismiss the first and tenth claims of the first amended complaint as directed against Nomura shall be January 8, 2014.

2. The following dates shall remain unchanged: (a) the deadline for NCUA's opposition to Nomura's supplemental memorandum (January 20, 2014); (b) the deadline for Nomura's reply brief in support of its supplemental memorandum (January 31, 2014); and (c) the hearing on the issues raised in Nomura's supplemental memorandum, NCUA's opposition, and Nomura's reply brief (February 10, 2014).

**IT IS SO ORDERED.**

DATED: _____, 2014         _____
                                Hon. George H. Wu
                                United States District Judge