MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN J.E. CAFORIO (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiff*
*National Credit Union Administration Board*
(*Additional Counsel on Signature Page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., et al.,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>**NOTICE OF LODGING OF JOINT STATUS REPORT CONCERNING THE COLLECTION OF THE NOVASTAR DEFENDANT GROUP'S SAMPLE LOAN FILES**<br><br>Am. Compl. filed: August 19, 2013<br>Judge: Hon. George Wu<br>Courtroom: 10 |

3498826v1/012661

Notice of Lodging

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff National Credit Union Administration Board as Liquidating Agent of certain credit unions hereby lodges as Exhibit 1 a copy of a letter submitted on March 13, 2015, in *NCUA v. RBS Securities, Inc.*, No. 13-6726 (S.D.N.Y.), *NCUA v. RBS Securities, Inc.*, No. 11-5887 (C.D. Cal.), and *NCUA v. RBS Securities, Inc.*, No. 11-2649 (D. Kan.).

Dated: March 13, 2015

| | |
|---|---|
| By /s/Bryan J.E. Caforio<br>Marc M. Seltzer<br>Bryan J.E. Caforio<br>SUSMAN GODFREY L.L.P.<br><br>George A. Zelcs<br>gzelcs@koreintillery.com<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Ste. 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9760<br><br>Stephen M. Tillery<br>Douglas R. Sprong<br>Peter H. Rachman<br>Robert L. King<br>Greg G. Gutzler<br>Michael E. Klenov<br>Giuseppe Giardina<br>Diane E. Moore<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844 | Mark C. Hansen<br>David C. Frederick<br>dfrederick@khhte.com<br>Wan J. Kim<br>Joseph S. Hall<br>Scott K. Attaway<br>KELLOGG, HUBER, HANSEN,<br>  TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br><br>Michael J. McKenna<br>  General Counsel<br>John K. Ianno<br>  Associate General Counsel<br>Kevin S. Tuininga<br>  Trial Attorney<br>NATIONAL CREDIT UNION<br>ADMINISTRATION<br>1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Tel: (703) 518-0540<br><br>*Attorneys for Plaintiff*<br>*Credit Union Administration Board* |

3498826v1/012661

- 1 -

Notice of Lodging