Christopher C. Chiou (Cal. Bar No. 233587)
cchiou@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Floor 35
Los Angeles, California  90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Barbara S. Steiner
(*pro hac vice*)
bsteiner@jenner.com
Matthew J. Thomas
(*pro hac vice*)
mthomas@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nomura Asset Acceptance Corp.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>            Plaintiff,<br><br>    vs.<br><br>RBS SECURITIES INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; et al.,<br><br>           Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>**NOTICE OF SUPPLEMENTAL STATUS REPORT DESCRIBING EFFORTS TO CONFER REGARDING LOAN FILE STIPULATIONS**<br><br>The Honorable George H. Wu<br>Courtroom:  10<br><br>Complaint Filed:  July 18, 2011<br>First Amended Complaint Filed: August 19, 2013<br>Second Amended Complaint Filed: November 14, 2014 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the March 10, 2015 order issued by the United States District Court for the Southern District of New York, the United States District Court for the District of Kansas, and the United States District Court for the Central District of California, the parties have prepared a supplemental status report "describing their efforts to confer regarding loan file stipulations proposed to the Nomura Defendant Group by NCUA."  A copy of the supplemental status report — which is being sent to the Honorable Denise L. Cote, the Honorable John W. Lungstrum, and the Honorable James P. O'Hara — is attached to this Notice as Exhibit A.

March 13, 2015

Respectfully submitted,

JENNER & BLOCK LLP

 /s/ Christopher C. Chiou
Barbara S. Steiner
Matthew J. Thomas
Christopher C. Chiou

Attorneys for Defendant
Nomura Asset Acceptance Corp.