MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS REGARDING LETTER IN RESPONSE TO RBS DEFENDANTS' MOTION TO COMPEL COMPENSATION DISCOVERY**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge:  Hon. George Wu<br>Courtroom:  10 |

Notice of Lodging

1  Plaintiff National Credit Union Administration Board as Liquidating Agent of
2  certain credit unions ("NCUA") hereby lodges the following document relating to the
3  coordination of NCUA's New York, Kansas, and California actions pursuant to § 2 of
4  the Master Discover Protocol, *see Morgan, Stanley & Co.*, No. 13-6705, ECF No. 101
5  (S.D.N.Y. Apr. 9, 2014):
6      (1)    Letter in Response to RBS Defendants' Motion to Compel
7                    Compensation Discovery

Notice of Lodging     - 1 -

Dated: June 4, 2015

| | |
|---|---|
| GEORGE A. ZELCS<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue,<br>Suite 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9760<br>Fax: (312) 641-9751<br><br>STEPHEN M. TILLERY<br>DOUGLAS R. SPRONG<br>PETER H. RACHMAN<br>ROBERT L. KING<br>DIANE E. MOORE<br>KOREIN TILLERY LLC<br>505 North Seventh Street<br>Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844<br>Fax: (314) 241-3525<br><br>MICHAEL J. MCKENNA<br>  *General Counsel*<br>JOHN K. IANNO<br>  *Associate General Counsel*<br>KEVIN S. TUININGA<br>  *Trial Attorney*<br>NATIONAL CREDIT UNION<br>  ADMINISTRATION<br>1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Telephone: (703) 518-6350<br>Fax: (703) 518-6569 | MARC M. SELTZER<br>BRYAN CAFORIO<br>SUSMAN GODFREY L.L.P.<br><br>MARK C. HANSEN<br>DAVID C. FREDERICK<br>dfrederick@khhte.com<br>WAN J. KIM<br>JOSEPH S. HALL<br>GREGORY G. RAPAWY<br>KELLOGG, HUBER, HANSEN,<br>  TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999<br><br><br>By:     /s/ David C. Frederick<br>           David C. Frederick<br><br>Attorneys for Plaintiff National<br>Credit Union Administration Board |