R. Alexander Pilmer (SBN 166196)
alexander.pilmer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Los Angeles, CA 90071
Tel.: (213) 680-8400 | Fax: (213) 680-8500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Union Administration Board <br><br> PLAINTIFF(S) <br><br> v. <br><br> RBS Securities Inc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 11-cv-05887 GW (JEMx) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]

3. EXHIBITS F, G, H AND I TO RBS'S LETTER MOTION TO COMPEL DISCOVERY OF CORPORATE AMERICA TRANSCRIPTS, which was filed as Exhibit 1 to RBS's Notice of Filing dated June 4, 2015

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☑ Other:
Manual Filing required pursuant to L.R. 79-5.1.

June 4, 2015                           /s/ Alexander Pilmer
Date                                   Attorney Name

                                       RBS Securities Inc. and RBS Acceptance Inc.
                                       Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*