MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN J.E. CAFORIO (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

*Attorneys for Plaintiff*
*National Credit Union Administration Board*
(*Additional Counsel on Signature Page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br>vs.<br><br>RBS SECURITIES INC., et al.,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>**NOTICE OF LODGING OF LETTER TO COURTS REGARDING MOTION TO TRANSFER**<br><br>Am. Compl. filed: August 19, 2013<br>Judge: Hon. George Wu<br>Courtroom: 10 |

3738351v1/012661

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff National Credit Union Administration Board as Liquidating Agent of certain credit unions hereby lodges as Exhibit A a copy of a letter and its exhibits submitted in *NCUA v. RBS Securities, Inc.*, No. 13-6726 (S.D.N.Y.), *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.), *NCUA v. RBS Securities, Inc.*, No. 11-5887 (C.D. Cal.), and *NCUA v. RBS Securities, Inc.*, No. 11-2649 (D. Kan.).

Dated: June 5, 2015

By/s/Bryan J.E. Caforio
Marc M. Seltzer
Bryan J.E. Caforio
SUSMAN GODFREY L.L.P.

George A. Zelcs
gzelcs@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Ste. 1950
Chicago, Illinois 60601
Telephone: (312) 641-9760

Stephen M. Tillery
Douglas R. Sprong
Peter H. Rachman
Robert L. King
Greg G. Gutzler
Michael E. Klenov
Giuseppe Giardina
Diane E. Moore
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Telephone: (314) 241-4844

Mark C. Hansen
David C. Frederick
dfrederick@khhte.com
Wan J. Kim
Joseph S. Hall
Scott K. Attaway
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

Michael J. McKenna
   General Counsel
John K. Ianno
   Associate General Counsel
Kevin S. Tuininga
   Trial Attorney
NATIONAL CREDIT UNION
ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314-3428
Tel:  (703) 518-0540

*Attorneys for Plaintiff*
*Credit Union Administration Board*

3738351v1/012661                                    - 1 -