1  R. Alexander Pilmer (State Bar No. 166196)
   Email: alexander.pilmer@kirkland.com
2  David I. Horowitz (State Bar No. 248414)
   Email: david.horowitz@kirkland.com
3  Jay Bhimani (State Bar No. 267689)
   Email: jay.bhimani@kirkland.com
4  Kristin E. Rose (State Bar No. 278284)
   Email: kristin.rose@kirkland.com
5  KIRKLAND & ELLIS LLP
   333 South Hope Street
6  Los Angeles, California 90071
   Telephone: (213) 680-8400
7  Facsimile:  (213) 680-8500

8  Attorneys for Defendants
   RBS Securities Inc. and RBS Acceptance Inc.
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No.: CV 11-05887 GW (JEMx)<br><br>**PROOF OF SERVICE**<br><br>Judge:       George H. Wu<br>Courtroom:   10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

## PROOF OF SERVICE

I, La Tonya Fountain, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071.

On June 5, 2015, I served copies of the following document(s) described as:

1. **APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]**
2. **RBS'S REPLY IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF COMPENSATION DOCUMENTS [FILED UNDER SEAL PURSUANT TO MASTER PROTECTIVE ORDER (ECF NO. 318)]**
3. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]**

on the interested parties in this action as follows:

☐ **BY U.S. MAIL**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

**See Attached Service List**

☑ **BY E-MAIL**

By transmitting via electronic mail the document(s) listed above to the e-mail address set forth below on this date. I am aware that service is presumed invalid if the e-mail transmission is returned as undeliverable.

**See Attached Service List**

☐ **BY OVERNIGHT MAIL**

By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by FedEx or Express Mail.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2015 at Los Angeles, California.

_____
La Tonya Fountain
Print Name

1

## SERVICE LIST

Stephen M. Tillery
stillery@koreintillery.com
Michael E. Klenov
mklenov@koreintillery.com
Robert L. King
rking@koreintillery.com
Peter H. Rachman
prachman@koreintillery.com
Douglas R. Sprong
dsprong@koreintillery.com
KOREIN TILLERY LLC
505 North 7th Street Suite 3600
St Louis, MO 63101-1625

George A. Zelcs
gzelcs@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue Suite 1950
Chicago, IL 60601

Bryan J E Caforio
bcaforio@susmangodfrey.com
Marc M. Seltzer
mseltzer@susmangodfrey.com
SUSMAN GODFREY LLP
1901 Avenue of the Stars Suite 950
Los Angeles, CA 90067-6029

David C. Frederick
dfrederick@khhte.com
Joseph S. Hall
jhall@khhte.com
Mark C. Hansen
mhansen@khhte.com
Wan J. Kim
wkim@khhte.com
Scott K. Attaway
sattaway@khhte.com
KELLOGG HUBER HANSEN et al.
1615 M Street NW Suite 400
Washington, DC 20036

Richard M. Elias
relias@egslitigation.com
Greg G. Gutzler
ggutzler@egslitigation.com
Tamara M. Spicer
tspicer@egslitigation.com
ELIAS GUTZLER SPICER LLC
1924 Chouteau Ave., Suite W
St. Louis, MO 63103

*Attorneys for Plaintiff National Credit Union Administration Board*

Christopher C. Chiou
cchiou@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3500
Los Angeles, CA 90071

Barbara S. Steiner
bsteiner@jenner.com
Matthew J. Thomas
mthomas@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654-3456

*Attorneys for Defendant Nomura Asset Acceptance Corp.*