# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc., | |
| Plaintiff, | Case No. 13-cv-6705 (DLC) |
| | Case No. 13-cv-6719 (DLC) |
| | Case No. 13-cv-6721 (DLC) |
| v. | Case No. 13-cv-6726 (DLC) |
| | Case No. 13-cv-6727 (DLC) |
| MORGAN STANLEY & CO., et al., | Case No. 13-cv-6731 (DLC) |
| | Case No. 13-cv-6736 (DLC) |
| Defendants. | |
| And other NCUA Actions. | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc., | |
| Plaintiff, | |
| | Case No. 11-cv-2340 & 2649 (JWL) |
| v. | Case No. 12-cv-2591 (JWL) |
| | Case No. 12-cv-2648 (JWL) |
| RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al., | Case No. 13-cv-2418 (JWL) |
| Defendants. | |
| And other NCUA Actions. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.,<br><br>                    Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., et al.,<br><br>                    Defendants.<br><br>And other NCUA Action. | Case No. 11-cv-5887 (GW)<br>Case No. 11-cv-6521 (GW) |

**STIPULATION AND AGREEMENT REGARDING PRODUCTION
OF DEPOSITION TRANSCRIPTS IN
_NATIONAL CREDIT UNION ADMINISTRATION BOARD V. SIRAVO_**

WHEREAS, Defendants have requested the deposition transcripts and exhibits from the

lawsuit entitled _National Credit Union Administration Board v. Siravo, et al.,_ CV10-01597

(C.D. Cal.) ("_Siravo_");

WHEREAS, paragraph 10(d) of the Master Discovery Protocol provides, among other

things, that certain transcripts of testimony and exhibits "shall be treated as if taken in the

Actions" and that "[t]he parties shall endeavor to not subject witnesses to the same questioning

for which a transcript was previously provided";

WHEREAS, Defendants' position is that the _Siravo_ case is not an "RMBS matter" as that

term is used in Paragraph 10(d) of the Master Discovery Protocol, this stipulation does not

operate as a concession otherwise, and Defendants should not be required to produce transcripts

of testimony and exhibits taken in actions other than from RMBS matters as specified in Paragraph 10(d) of the Master Discovery Protocol; and

WHEREAS, NCUA's position is that Defendants should produce similar materials from matters involving RMBS in which Defendants or one of their officers or employees was a party, and reserves the right to seek such materials pending completion of the parties' meet and confer discussions.

NOW THEREFORE, the Parties hereby stipulate, through their attorneys of record, that the deposition transcripts and exhibits from the *Siravo* matter shall be deemed to be produced pursuant to, and subject to the provisions of, paragraph 10(d) of the Master Discovery Protocol.

The Parties hereby further stipulate that NCUA shall produce such transcripts on or before December 10, 2014.

Dated: December 2, 2014                          Respectfully submitted,

By: _____

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9750
Fax:  (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com

David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com

*Attorneys for Plaintiff National Credit Union Administration Board*

By: _Paul M_____

James P. Rouhandeh
Paul S. Mishkin
Daniel J. Schwartz
Scott Wilcox
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
rouhandeh@davispolk.com
paul.mishkin@davispolk.com
daniel.schwartz@davispolk.com
scott.wilcox@davispolk.com

John W. Shaw KS #70091
Thomas P. Schult KS #70463
Jennifer B. Wieland KS #22444
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Counsel for Defendants Morgan Stanley &
Co., Incorporated (n/k/a Morgan Stanley &
Co. LLC) and Morgan Stanley Capital I Inc.*

By: _____

Jay B. Kasner
Scott D. Musoff
Gary J. Hacker
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
jay.kasner@skadden.com
gary.hacker@skadden.com

John W. Shaw KS #70091
Thomas P. Schult KS #70463
Jennifer B. Wieland KS #22444
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Attorneys for Defendant UBS Securities LLC*

By: _____

James P. Rouhandeh
Paul S. Mishkin
Daniel J. Schwartz
Scott Wilcox
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
rouhandeh@davispolk.com
paul.mishkin@davispolk.com
daniel.schwartz@davispolk.com
scott.wilcox@davispolk.com

John W. Shaw KS #70091
Thomas P. Schult KS #70463
Jennifer B. Wieland KS #22444
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Counsel for Defendants Morgan Stanley &
Co., Incorporated (n/k/a Morgan Stanley &
Co. LLC) and Morgan Stanley Capital I Inc.*

By: _____

Jay B. Kasner
Scott D. Musoff
Gary J. Hacker
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
scott.musoff@skadden.com
jay.kasner@skadden.com
gary.hacker@skadden.com

John W. Shaw KS #70091
Thomas P. Schult KS #70463
Jennifer B. Wieland KS #22444
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Attorneys for Defendant UBS Securities LLC*

By: _____

David H. Fry (*pro hac vice*)
Christian K. Wrede (*pro hac vice*)
Hannah E. Shearer (*pro hac vice*)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 512-4077
david.fry@mto.com
christian.wrede@mto.com

Andrew W. Goldwater
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036
Tel: (212) 833-1100
Fax: (212) 833-1250
agoldwater@fklaw.com

By: _____

W. Perry Brandt KS #77842
Jeffrey J. Kalinowski (*pro hac vice*)
Richard H. Kuhlman (*pro hac vice*)
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-330
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC*

By: _____

R. Alexander Pilmer
David I. Horowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4806
Fax: (212) 446-6460
alexander.pilmer@kirkland.com
david.horowitz@kirkland.com

Mikel L. Stout, KS #05811
mstout@foulston.com
Jeffery A. Jordan, KS #12574
jjordan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: (316) 267-6371
Facsimile: (316) 267-6345

*Attorneys for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance Inc., and Financial Asset Securities Corp.*

By: _____

David H. Braff
Jeffrey T. Scott
Joshua Fritsch
SULLIVAN & CROMWELL LLP
125 Broad Street New York, NY 10004
Tel: (212) 558-4000 Fax: (212) 558-3588 braffd@sullcrom.co
scottj@sullcrom.com
fritschj@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*

- 5 -

By:_____

David H. Fry (*pro hac vice*)
Christian K. Wrede (*pro hac vice*)
Hannah E. Shearer (*pro hac vice*)
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Fax: (415) 512-4077
david.fry@mto.com
christian.wrede@mto.com

Andrew W. Goldwater
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, NY 10036
Tel: (212) 833-1100
Fax: (212) 833-1250
agoldwater@fklaw.com

By:_____

W. Perry Brandt KS # 77842
Jeffrey J. Kalinowski (*pro hac vice*)
Richard H. Kuhlman (*pro hac vice*)
BRYAN CAVE LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-330
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

*Attorneys for Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC*

By:_____

R. Alexander Pilmer
David I. Horowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4806
Fax: (212) 446-6460
alexander.pilmer@kirkland.com
david.horowitz@kirkland.com

Mikel L. Stout, KS #05811
mstout@foulston.com
Jeffery A. Jordan, KS #12574
jjordan@foulston.com
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: (316) 267-6371
Facsimile: (316) 267-6345

*Attorneys for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance Inc., and Financial Asset Securities Corp.*

By:_____

David H. Braff
Jeffrey T. Scott
Joshua Fritsch
SULLIVAN & CROMWELL LLP
125 Broad Street New York, NY 10004
Tel: (212) 558-4000 Fax: (212) 558-3588 braffd@sullcrom.
scottj@sullcrom.com
fritschj@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*

By: _Stephanie G Wheeler_

Richard H. Klapper
Stephanie G. Wheeler
Peter A. Steciuk
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
wheelers@sullcrom.com
steciukp@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*

By:_____

Richard W. Clary
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

Toby Crouse (Kan. #20030)
James D. Oliver (Kan. #08604)
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
9225 Indian Creek Pkwy.
Overland Park, KS 66210-2000
Phone: (913) 498-2100
Fax: (913) 498-2101
Email: tcrouse@foulston.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

By:_____

Richard H. Klapper
Stephanie G. Wheeler
Peter A. Steciuk
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
wheelers@sullcrom.com
steciukp@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*

By:_____

Richard W. Clary
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

Toby Crouse (Kan. #20030)
James D. Oliver (Kan. #08604)
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
9225 Indian Creek Pkwy.
Overland Park, KS 66210-2000
Phone: (913) 498-2100
Fax: (913) 498-2101
Email: tcrouse@foulston.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

By: _Barbara S. Steiner_

Barbara S. Steiner (*pro hac vice* in Kansas and
California)
Matthew J. Thomas (*pro hac vice* in Kansas
and California)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312-923-2611
Fax: 312-840-7611

Michael Thompson KS # 70196
Faiza Bergquist KS # 24525
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
Michael.Thompson@huschblackwell.com
Faiza.Bergquist@huschblackwell.com

*Attorneys for Defendant Nomura Home Equity
Loan, Inc.*

By: _William F. Alderman_

William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700 Fax: (415) 773-5759
walderman@orrick.com

Michael Thompson KS # 70196
Faiza Bergquist KS # 24525
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
Michael.Thompson@huschblackwell.com
Faiza.Bergquist@huschblackwell.com

*Attorneys for Defendant Novastar Mortgage
Funding Corporation*