


R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC. *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>[L.R. 79–5.1]<br><br>Judge: George H. Wu<br>Courtroom: 10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

Pursuant to Local Rule 79–5.1, Defendants RBS Securities Inc. and RBS Acceptance Inc. (collectively "RBS") hereby request permission from the Court to file under seal the following documents:

1. An un-redacted version of RBS's Reply in Support of Motion to Compel the Production of Compensation Documents, a redacted version of which was attached as Exhibit 1 to the concurrently filed Notice of Filing of RBS's Reply in Support of Motion to Compel the Production of Compensation Documents.

The Court has entered a Master Protective Order relating to this action. ECF No. 318. The Master Protective Order states that:

> In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

In accordance with Paragraph 9 of the Master Protective Order, RBS requests that its Reply in Support of Motion to Compel the Production of Compensation Documents be filed under seal.

DATED: June 5, 2015

Respectfully submitted,

KIRKLAND & ELLIS LLP

_____
R. Alexander Pilmer
David I. Horowitz

Attorneys for Defendants RBS Securities Inc. and RBS Acceptance Inc.

1
**APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79–5.1]**