1  R. Alexander Pilmer (State Bar No. 166196)
   Email: alexander.pilmer@kirkland.com
2  David I. Horowitz (State Bar No. 248414)
   Email: david.horowitz@kirkland.com
3  Jay L. Bhimani (State Bar No. 267689)
   Email: jay.bhimani@kirkland.com
4  Kristin E. Rose (State Bar No. 278284)
   Email: kristin.rose@kirkland.com
5  KIRKLAND & ELLIS LLP
   333 South Hope Street
6  Los Angeles, California 90071
   Telephone: (213) 680-8400
7  Facsimile: (213) 680-8500

8  Attorneys for Defendants
   RBS Securities Inc. and RBS Acceptance Inc.
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                  **WESTERN DIVISION**

13

| | |
|---|---|
| 14  NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>16  Plaintiff,<br><br>17  vs.<br><br>18  RBS SECURITIES INC. *et al.*,<br><br>19  Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>**[L.R. 79–5.1]**<br><br>Judge: George H. Wu<br>Courtroom: 10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

20

21

22

23

24

25

26

27

28

---

APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79–5.1]

1    Pursuant to Local Rule 79–5.1, Defendants RBS Securities Inc. and RBS

2    Acceptance Inc. (collectively "RBS") hereby request permission from the Court to file

3    under seal the following documents:

4        1. Exhibits F through I to RBS's Letter Motion to Compel Discovery of *Corporate*

5           *America* Transcripts (the "Letter Motion"), which was attached as Exhibit 1 to

6           the concurrently filed Notice of Filing of RBS's Letter Motion to Compel

7           Discovery of *Corporate America* Transcripts.

8        The Court has entered a Master Protective Order relating to this action.  ECF

9    No. 318.  The Master Protective Order states that:

10       In the event that before trial in the Related Actions, or in connection with any
         hearing in or any matter relating to the Related Actions, counsel for any Party
11       determines to file or submit in writing to the Clerk's office any Protected
         Material, or any papers containing or making reference to the substance of such
12       material or information, such documents or portions thereof containing or
         making reference to such material or information shall be filed with a request
13       that the documents be filed under seal in accordance with the rules of the Court,
14       and kept under seal until further order of the Court.

15

16       Plaintiff National Credit Union Administration Board designated Exhibits F

17   through I to RBS's Letter Motion as Confidential under the Master Protective Order.

18   In accordance with Paragraph 9 of the Master Protective Order, RBS requests that

19   these exhibits be filed under seal in accordance with the rules of the Court, and kept

20   under seal until further order of the Court.

21

22   DATED:  June 4, 2015               Respectfully submitted,

23                                      KIRKLAND & ELLIS LLP

24

25                                      R. Alexander Pilmer

26                                      Attorneys for Defendants RBS Securities Inc.
                                        and RBS Acceptance Inc.

27

28

**APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79–5.1]**