```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     13cv6705 (DLC)
             -v-                      :     13cv6719 (DLC)
                                      :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,         :     13cv6726 (DLC)
                                      :     13cv6727 (DLC)
                        Defendants.   :     13cv6731 (DLC)
                                      :     13cv6736 (DLC)
And other NCUA Actions.               :
-------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                        Plaintiff,    :     11cv2340 (JWL)
             -v-                      :     11cv2649 (JWL)
                                      :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,        :     12cv2648 (JWL)
                                      :     13cv2418 (JWL)
                        Defendants.   :
                                      :
And other NCUA Actions.               :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION  :
BOARD, etc.,                          :
                       Plaintiff,     :
         -v-                          :
                                      :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,        :
                                      :
                       Defendants.    :    ORDER
                                      :
And other NCUA Actions.               :
------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 5, 2015, RBS filed on ECF in the Southern District of New York a June 4 letter requesting that it be allowed to (1) file a reply in support of its June 3 letter-motion concerning the deposition of former U.S. Central Chief Investment Officer Connie Loveless, and (2) file such a reply in redacted form. RBS's June 4 letter contends that the reply brief "applies only to the California and Kansas Actions." On June 5, Judge O'Hara entered a minute order granting RBS's June 4 request to file under seal its reply. See NCUA v. RBS Securities, Inc., et al., No. 11cv2340 (JWL) (JPO) (D. Kan.), Dkt. No. 548.

Section 2 of the Master Discovery Protocol ("MDP") provides, in pertinent part:

> All applications and disputes regarding discovery in any Action will be filed in the lead case pending in the Southern District of New York (currently 13 Civ.

2

6705). If the application or dispute applies to fewer than all Actions, then the submission should be filed as well in the Action or Actions to which it applies.

Accordingly, it is hereby

ORDERED that Judge O'Hara's ruling on RBS's June 4 request is adopted in these Coordinated Actions. RBS is permitted to file a reply, and to file it in redacted form. Having already submitted the unredacted materials to the Judges overseeing these Coordinated Actions, RBS shall forthwith file the redacted reply in the Southern District of New York.

IT IS FURTHER ORDERED that the parties in these Coordinated Actions shall strictly follow the MDP's requirements regarding the filing of discovery disputes. No exception shall be made based on a party's characterization of the dispute as one that affects only an action pending in one or two of the three districts.

Dated: June 9, 2015     /s/ Denise Cote
                        United States District Judge

Dated: June 9, 2015     /s/ George H. Wu
                        United States District Judge

Dated: June 9, 2015     /s/ John W. Lungstrum
                        United States District Judge

Dated: June 9, 2015     /s/ James P. O'Hara
                        United States Magistrate Judge