```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                        Plaintiff,       :   13cv6705 (DLC)
             -v-                         :   13cv6719 (DLC)
                                         :   13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,            :   13cv6726 (DLC)
                                         :   13cv6727 (DLC)
                        Defendants.      :   13cv6731 (DLC)
                                         :   13cv6736 (DLC)
And other NCUA Actions.                  :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                        Plaintiff,       :   11cv2340 (JWL)
             -v-                         :   11cv2649 (JWL)
                                         :   12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH    :   12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,           :   12cv2648 (JWL)
                                         :   13cv2418 (JWL)
                        Defendants.      :
                                         :
And other NCUA Actions.                  :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/15
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                          Plaintiff,   :
              -v-                      :
                                       :     11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :     11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,         :
                                       :
                          Defendants.  :     ORDER
                                       :
And other NCUA Actions.                :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 10, 2015, non-party James Whittemore ("Whittemore") submitted a request to file under seal exhibits 6-9 to his memorandum of law in support of his motion to quash. Accordingly, it is hereby

ORDERED that Whittemore is granted leave to file under seal exhibits 6-9.

IT IS FURTHER ORDERED that, at the time Whittemore makes his filing, he shall email unredacted copies of the exhibits to Judge Cote's Chambers at **cotenysdchambers@nysd.uscourts.gov**.

Judge Cote will promptly forward all submissions to the other Judges.

Dated: June 10, 2015      /s/ Denise Cote
                                          United States District Judge

Dated: June 10, 2015      /s/ George H. Wu
                                          United States District Judge

Dated: June 10, 2015      /s/ John W. Lungstrum
                                          United States District Judge

Dated: June 10, 2015      /s/ James P. O'Hara
                                          United States Magistrate Judge