MARC M. SELTZER (54534)
BRYAN CAFORIO (261265)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union
Administration Board
(See Signature Page for Names and Addresses
of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union, | Case No. CV 11-05887 GW(JEMx) |
| Plaintiff, vs. | **NOTICE OF LODGING REGARDING WHITTEMORE MOTION TO QUASH** |
| RBS SECURITIES, INC., *et al.*, | Am. Compl. filed: Nov. 14, 2014 |
| Defendants. | Judge:          Hon. George Wu |
| | Courtroom:    10 |

Plaintiff National Credit Union Administration Board, as Liquidating Agent of certain credit unions ("NCUA"), hereby lodges the following documents relating to the coordination of NCUA's New York, Kansas, and California actions pursuant to the Master Discovery Protocol, *see Morgan, Stanley & Co.*, No. 13-cv-6705, ECF No. 101 (S.D.N.Y. Apr. 9, 2014):

1.     NCUA's letter opposing James Whittemore's Motion to Quash and related documents (attached hereto as Exhibit 1).

Dated: June 11, 2015

GEORGE A. ZELCS
KOREIN TILLERY LLC
205 North Michigan Avenue,
Suite 1950
Chicago, Illinois 60601
Telephone: (312) 641-9760
Fax: (312) 641-9751

STEPHEN M. TILLERY
DOUGLAS R. SPRONG
ROBERT L. KING
DIANE E. MOORE
MICHAEL E. KLENOV
KOREIN TILLERY LLC
505 North Seventh Street
Suite 3600
St. Louis, Missouri 63101-1625
Telephone: (314) 241-4844
Fax: (314) 241-3525

MICHAEL J. MCKENNA
  *General Counsel*
JOHN K. IANNO
  *Associate General Counsel*
KEVIN S. TUININGA
  *Trial Attorney*
NATIONAL CREDIT UNION
  ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314-3428
Telephone: (703) 518-6350
Fax: (703) 518-6569

MARC M. SELTZER
BRYAN CAFORIO
SUSMAN GODFREY L.L.P.

MARK C. HANSEN
DAVID C. FREDERICK
WAN J. KIM
JOSEPH S. HALL
GREGORY G. RAPAWY
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999


By: ____/s/ *Michael E. Klenov* ____
     Marc M. Seltzer

Attorneys for Plaintiff National
Credit Union Administration Board