1  R. Alexander Pilmer (State Bar No. 166196)
   Email: alexander.pilmer@kirkland.com
2  David I. Horowitz (State Bar No. 248414)
   Email: david.horowitz@kirkland.com
3  Jay L. Bhimani (State Bar No. 267689)
   Email: jay.bhimani@kirkland.com
4  Kristin E. Rose (State Bar No. 278284)
   Email: kristin.rose@kirkland.com
5  KIRKLAND & ELLIS LLP
   333 South Hope Street
6  Los Angeles, California 90071
   Telephone: (213) 680-8400
7  Facsimile:  (213) 680-8500

8  Attorneys for Defendants
   RBS Securities Inc. and RBS Acceptance Inc.

9



10              **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA**

12                  **WESTERN DIVISION**

13

14  NATIONAL CREDIT UNION                 Case No. CV 11-05887 GW (JEMx)
    ADMINISTRATION BOARD, as
15  Liquidating Agent of Western Corporate   **[~~PROPOSED~~] ORDER GRANTING
    Federal Credit Union,                    APPLICATION TO FILE
16                                           DOCUMENTS UNDER SEAL**
                  Plaintiff,
17                                          **[L.R. 79–5.1]**
          vs.
18                                          Judge:        George H. Wu
    RBS SECURITIES INC. *et al.*,           Courtroom:    10
19
                  Defendants.              Complaint Filed:
20                                         July 18, 2011

21                                         First Amended Complaint Filed:
                                           August 19, 2013
22
                       Second Amended Complaint Filed:
23                                         November 14, 2014

24

25

26

27

28

---

**[PROPOSED] ORDER GRANTING APP. TO FILE DOCS. UNDER SEAL [L.R. 79–5.1]**

1    GOOD CAUSE HAVING BEEN SHOWN, the Application to File Documents

2  Under Seal filed by Defendants RBS Securities Inc. and RBS Acceptance Inc. is

3  hereby GRANTED.  The Court further Orders that the following document(s)

4  submitted for filing by Defendants on June 4, 2015 be filed under seal:  An un-

5  redacted version of RBS's Reply in Support of Motion to Compel the Production of

6  Compensation Documents.

7

8    **IT IS SO ORDERED**

9
10  This /5 day of June, 2015.

11                                    George H. Wu
                                       United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1