```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    13cv6705 (DLC)
                -v-                       :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                         Defendants.      :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/17/15       |

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :    11cv2340 (JWL)
                -v-                       :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :    12cv2648 (JWL)
                                          :    13cv2418 (JWL)
                         Defendants.      :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
            -v-                          :
                                         :    11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :    11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :    ORDER
                                         :
And other NCUA Actions.                  :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 17, 2015, Defendants submitted a letter requesting that their loss causation expert reports be due on October 16, 2015, the date currently designated for rebuttal reports. Accordingly, it is hereby

ORDERED that NCUA shall submit any response to NCUA's June 17 letter by June 22 at 9:00am EDT.

Dated: June 17, 2015       /s/ Denise Cote
                           United States District Judge

Dated: June 17, 2015       /s/ George H. Wu
                           United States District Judge

Dated: June 17, 2015       /s/ John W. Lungstrum
                           United States District Judge

Dated: June 17, 2015       /s/ James P. O'Hara
                           United States Magistrate Judge

Case 2:11-cv-05887-GW-JEM Document 487 Filed 06/17/15 Page 3 of 3 Page ID #:11282