R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>　　　　　Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**NOTICE OF FILING OF RBS'S LETTER MOTION TO COMPEL ADDITIONAL U.S. CENTRAL DEPOSITIONS**<br><br>Judge:　　　George H. Wu<br>Courtroom:　10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE THAT RBS Securities Inc. and RBS Acceptance Inc.
3   hereby submit the following documents that are being concurrently filed in *Nat'l*
4   *Credit Union Admin. Bd. v. RBS Securities Inc. et al.*, 11–CV–2340–JWL (D. Kan.)
5   and *Nat'l Credit Union Admin. Bd. v. Morgan Stanley & Co., Inc. et al.*, 13–CV–
6   6705–DLC (S.D.N.Y.):  RBS's Letter Motion to Compel Additional U.S. Central
7   Depositions, with exhibits, attached hereto as Exhibit 1.

DATED:  June 18, 2015                    Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ R. Alexander Pilmer*
R. Alexander Pilmer

Attorney for Defendants RBS Securities Inc. and RBS Acceptance Inc.

1
**NOTICE OF FILING OF RBS'S LETTER MOTION TO COMPEL
ADDITIONAL U.S. CENTRAL DEPOSITIONS**