R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>　　　　　Defendants. | Case No.: CV 11-05887 GW (JEMx)<br><br>**PROOF OF SERVICE**<br><br>Judge:　　　George H. Wu<br>Courtroom:　10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

# PROOF OF SERVICE

I, Vanjo Lickhalter, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Hope Street, Suite 2900, Los Angeles, California 90071.

On June 18, 2015, I served copies of the following document(s) described as:

1. **APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]**

2. **RBS'S LETTER MOTION TO COMPEL ADDITIONAL U.S. CENTRAL DEPOSITIONS WITH EXHIBITS A THROUGH K [FILED UNDER SEAL PURSUANT TO MASTER PROTECTIVE ORDER (ECF NO. 318)]**

3. **[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]**

on the interested parties in this action as follows:

☐ **BY U.S. MAIL**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

**See Attached Service List**

☑ **BY E-MAIL**

By transmitting via electronic mail the document(s) listed above to the e-mail address set forth below on this date. I am aware that service is presumed invalid if the e-mail transmission is returned as undeliverable.

**See Attached Service List**

☐ **BY OVERNIGHT MAIL**

By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by FedEx or Express Mail.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 18, 2015 at Los Angeles, California.

_____  _____
Vanjo Lickhalter
Print Name

1

## **SERVICE LIST**

| | |
|---|---|
| Stephen M. Tillery<br>stillery@koreintillery.com<br>Michael E. Klenov<br>mklenov@koreintillery.com<br>Robert L. King<br>rking@koreintillery.com<br>Peter H. Rachman<br>prachman@koreintillery.com<br>Douglas R. Sprong<br>dsprong@koreintillery.com<br>KOREIN TILLERY LLC<br>505 North 7th Street Suite 3600<br>St Louis, MO 63101-1625<br><br>George A. Zelcs<br>gzelcs@koreintillery.com<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue Suite 1950<br>Chicago, IL 60601<br><br>Bryan J E Caforio<br>bcaforio@susmangodfrey.com<br>Marc M. Seltzer<br>mseltzer@susmangodfrey.com<br>SUSMAN GODFREY LLP<br>1901 Avenue of the Stars Suite 950<br>Los Angeles, CA 90067-6029<br><br>David C. Frederick<br>dfrederick@khhte.com<br>Joseph S. Hall<br>jhall@khhte.com<br>Mark C. Hansen<br>mhansen@khhte.com<br>Wan J. Kim<br>wkim@khhte.com<br>Scott K. Attaway<br>sattaway@khhte.com<br>KELLOGG HUBER HANSEN et al.<br>1615 M Street NW Suite 400<br>Washington, DC 20036<br><br>Richard M. Elias<br>relias@egslitigation.com<br>Greg G. Gutzler<br>ggutzler@egslitigation.com<br>Tamara M. Spicer<br>tspicer@egslitigation.com<br>ELIAS GUTZLER SPICER LLC<br>1924 Chouteau Ave., Suite W<br>St. Louis, MO 63103<br><br>*Attorneys for Plaintiff National Credit Union Administration Board* | Christopher C. Chiou<br>cchiou@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street Suite 3500<br>Los Angeles, CA 90071<br><br>Barbara S. Steiner<br>bsteiner@jenner.com<br>Matthew J. Thomas<br>mthomas@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456<br><br>*Attorneys for Defendant Nomura Asset Acceptance Corp.* |