R. Alexander Pilmer (State Bar No. 166196)
Email:  alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email:  david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email:  jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendants

RBS Securities Inc. (f/k/a/ RBS Greenwich Capital
Markets, Inc.) and RBS Acceptance Inc. (f/k/a
Greenwich Capital Acceptance, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**NOTICE OF FILING OF RBS'S LETTER JOINING UBS'S AND CREDIT SUISSE'S MOTION REGARDING CASE SCHEDULE**<br><br>Judge:          George H. Wu<br>Courtroom:     10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2 013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE THAT RBS Securities Inc. and RBS Acceptance Inc.

3  hereby submit the following documents filed in *Nat'l Credit Union Admin. Bd. v. RBS*

4  *Securities Inc. et al.*, 11–CV–2340–JWL (D. Kan.), *Nat'l Credit Union Admin. Bd. v.*

5  *RBS Securities Inc. et al.*, 13–CV–6726–DLC (S.D.N.Y.) and *Nat'l Credit Union*

6  *Admin. Bd. v. Morgan Stanley & Co., Inc. et al.*, 13–CV–6705–DLC (S.D.N.Y.):

7    (1)  RBS's Letter Joining UBS's and Credit Suisse's Motion Regarding Case

8  Schedule, attached hereto as Exhibit 1.

9

10  DATED:  June 18, 2015                Respectfully submitted,

11                                       KIRKLAND & ELLIS LLP

12                                       */s/ R. Alexander Pilmer*
                                         R. Alexander Pilmer
13                                       David I. Horowitz

14                                       Attorneys for Defendants RBS Securities Inc.
                                         (f/k/a/ RBS Greenwich Capital Markets, Inc.)
15                                       and RBS Acceptance Inc. (f/k/a Greenwich
                                         Capital Acceptance, Inc.)

16

17

18

19

20

21

22

23

24

25

26

27

28