R. Alexander Pilmer (SBN 166196)
alexander.pilmer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Los Angeles, CA 90071
Tel.: (213) 680-8400 | Fax: (213) 680-8500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Union Administration Board <br><br> PLAINTIFF(S) <br> v. <br> RBS Securities Inc., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 11-cv-05887 GW (JEMx) <br><br> NOTICE OF MANUAL FILING <br> OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]
2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [L.R. 79-5.1]
3. UNREDACTED VERSION OF DEFENDANTS' LETTER MOTION SEEKING ADDITIONAL DEPOSITION TIME, which was filed as Exhibit 1 to RBS's Notice of Filing dated June 22, 2015.
4. EXHIBITS A, B, C, D, AND F TO DEFENDANTS' LETTER MOTION SEEKING ADDITIONAL DEPOSITION TIME.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☑ Other:

Manual Filing required pursuant to L.R. 79-5.1.

| | |
|---|---|
| June 22, 2015 | /s/ Alexander Pilmer |
| Date | Attorney Name |
| | RBS Securities Inc. and RBS Acceptance Inc. |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*