```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                          Plaintiff,       :    13cv6705 (DLC)
               -v-                         :    13cv6719 (DLC)
                                           :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,              :    13cv6726 (DLC)
                                           :    13cv6727 (DLC)
                          Defendants.      :    13cv6731 (DLC)
                                           :    13cv6736 (DLC)
And other NCUA Actions.                    :
------------------------------------------X
```

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED:  6/23/15            │
└─────────────────────────────────┘
```

```
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                          Plaintiff,       :    11cv2340 (JWL)
               -v-                         :    11cv2649 (JWL)
                                           :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH      :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,             :    12cv2648 (JWL)
                                           :    13cv2418 (JWL)
                          Defendants.      :
                                           :
And other NCUA Actions.                    :
------------------------------------------X
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                         Plaintiff,      :
            -v-                          :
                                         :      11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :      11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                         Defendants.     :      ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On June 22, 2015, RBS submitted an application to our three Courts requesting an additional thirty minutes of deposition time with Connie Loveless ("Loveless"), former Chief Investment Officer of U.S. Central. Accordingly, it is hereby

ORDERED that NCUA shall submit any response to RBS's June 22 application regarding additional deposition of Loveless by June 25 at 9 AM EDT.

Dated: June 23, 2015        /s/ Denise Cote
                            United States District Judge


Dated: June 23, 2015        /s/ George H. Wu
                            United States District Judge


Dated: June 23, 2015        /s/ John W. Lungstrum
                            United States District Judge


Dated: June 23, 2015        /s/ James P. O'Hara
                            United States Magistrate Judge