R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC. *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>[L.R. 79–5.1]<br><br>Judge: George H. Wu<br>Courtroom: 10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2 013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |



[PROPOSED] ORDER GRANTING APP. TO FILE DOCS. UNDER SEAL [L.R. 79–5.1]

GOOD CAUSE HAVING BEEN SHOWN, the Application to File Documents Under Seal filed by Defendants RBS Securities Inc. and RBS Acceptance Inc. is hereby GRANTED. The Court further Orders that the following document(s) submitted for filing by Defendants on June 18, 2015 be filed under seal: Defendants' Motion Seeking Additional Deposition Time, and Exhibits A, B, C, D, and F to that motion.

**IT IS SO ORDERED**

This 24th day of June, 2015.

George H. Wu
United States District Judge