| | |
|---|---|
| 1 | R. Alexander Pilmer (State Bar No. 166196) |
| | Email: alexander.pilmer@kirkland.com |
| 2 | David I. Horowitz (State Bar No. 248414) |
| | Email: david.horowitz@kirkland.com |
| 3 | Jay L. Bhimani (State Bar No. 267689) |
| | Email: jay.bhimani@kirkland.com |
| 4 | Kristin E. Rose (State Bar No. 278284) |
| | Email: kristin.rose@kirkland.com |
| 5 | KIRKLAND & ELLIS LLP |
| | 333 South Hope Street |
| 6 | Los Angeles, California  90071 |
| | Telephone: (213) 680-8400 |
| 7 | Facsimile:   (213) 680-8500 |



FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC. *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>[L.R. 79–5.1]<br><br>Judge:         George H. Wu<br>Courtroom:  10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2 013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

LODGED
CLERK, U.S. DISTRICT COURT
JUN 1 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

[PROPOSED] ORDER GRANTING APP. TO FILE DOCS. UNDER SEAL [L.R. 79–5.1]

1  GOOD CAUSE HAVING BEEN SHOWN, the Application to File Documents
2  Under Seal filed by Defendants RBS Securities Inc. and RBS Acceptance Inc. is
3  hereby GRANTED.  The Court further Orders that the following document(s)
4  submitted for filing by Defendants on June 18, 2015 be filed under seal:  Exhibits A
5  through K to RBS's Letter Motion to Compel Additional U.S. Central Depositions.

**IT IS SO ORDERED**

This 22 day of June, 2015.

_George H. Wu_
George H. Wu
United States District Judge