| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| | mseltzer@susmangodfrey.com |
| 2 | BRYAN CAFORIO (261265) |
| 3 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 4 | Los Angeles, California 90067-6029 |
| 5 | Telephone: (310) 789-3100 |
| | Fax: (310) 789-3150 |
| 6 | |
| 7 | Attorneys for Plaintiff National Credit Union |
| | Administration Board |
| 8 | (See Signature Page for Names and Addresses |
| 9 | of Additional Counsel for Plaintiffs) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS REGARDING THE PARTIES' PROPOSED LOAN FILE RE-UNDERWRITING PROTOCOL**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge: Hon. George Wu<br>Courtroom: 10 |

Notice of Lodging

| | |
|---|---|
| 1 | Plaintiff National Credit Union Administration Board as Liquidating Agent of |
| 2 | certain credit unions ("NCUA") hereby lodges the following document relating to the |
| 3 | coordination of NCUA's New York, Kansas, and California actions pursuant to § 2 of |
| 4 | the Master Discover Protocol, *see Morgan, Stanley & Co.*, No. 13-6705, ECF No. 101 |
| 5 | (S.D.N.Y. Apr. 9, 2014): |
| 6 | (1)  Parties' June 26, 2015 Status Report Pursuant to the Loan File |
| 7 |       Reunderwriting Protocol |

Notice of Lodging — 1 —

Dated: June 26, 2015

| | |
|---|---|
| GEORGE A. ZELCS<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue,<br>Suite 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9760<br>Fax: (312) 641-9751<br><br>STEPHEN M. TILLERY<br>DOUGLAS R. SPRONG<br>PETER H. RACHMAN<br>ROBERT L. KING<br>DIANE E. MOORE<br>KOREIN TILLERY LLC<br>505 North Seventh Street<br>Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844<br>Fax: (314) 241-3525<br><br>MICHAEL J. MCKENNA<br>　*General Counsel*<br>JOHN K. IANNO<br>　*Associate General Counsel*<br>KEVIN S. TUININGA<br>　*Trial Attorney*<br>NATIONAL CREDIT UNION<br>　ADMINISTRATION<br>1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Telephone: (703) 518-6350<br>Fax: (703) 518-6569 | MARC M. SELTZER<br>BRYAN CAFORIO<br>SUSMAN GODFREY L.L.P.<br><br>MARK C. HANSEN<br>DAVID C. FREDERICK<br>dfrederick@khhte.com<br>WAN J. KIM<br>JOSEPH S. HALL<br>GREGORY G. RAPAWY<br>KELLOGG, HUBER, HANSEN,<br>　TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999<br><br><br>By:　　　/s/ David C. Frederick<br>　　　　　David C. Frederick<br><br>Attorneys for Plaintiff National<br>Credit Union Administration Board |

Notice of Lodging — - 2 -