**Loan File Reunderwriting Protocol Status Report**

*Via ECF (S.D.N.Y. and C.D. Cal.) and Email (D. Kan.)*                           **June 26, 2015**

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re:     *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.) and related actions

Dear Judges Cote, Lungstrum, Wu, and O'Hara:

Pursuant to § (g) of the Loan File Reunderwriting Protocol ("LFRP") (ECF No. 100), and the Courts' July 14, 2014 Order (ECF No. 174) and the Courts' December 12, 2014 Order (ECF No. 230),[1] the parties respectfully submit this status report "as to identification and production by Defendant Groups and third-parties of Loan Files and Guidelines for the Sampled Loans, and as to the status of above-described stipulations."

The parties have sufficiently completed the processes encompassed by § (g) of the LFRP for the Sampled Loans for all of the RMBS certificates in the actions in the Central District of California and in the Southern District of New York, as well as in the Morgan Stanley, Nomura, Wachovia, RBS, and Novastar actions in the District of Kansas. Following the submission of this report, the parties therefore do not intend, absent contrary instruction from the Courts, to continue to update the portions of the monthly status reports under LFRP § (g) pertaining to the actions in the Central District of California, the actions in the Southern District of New York, and the Morgan Stanley, Nomura, Wachovia, RBS, and Novastar actions in the District of Kansas. Because the parties have yet to complete the process encompassed by LFRP § (g) as to the Barclays, Credit Suisse, and UBS actions in the District of Kansas, the parties contemplate continuing to update the monthly status reports under LFRP § (g) for those actions.

---

[1]     Unless otherwise noted, ECF references are to *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.).

I.      **Collection of Loan Files and Guidelines**

A.      **Defendants' Productions of Loan Files and Guidelines.**  Pursuant to §§ (b) and
(c) of the LFRP, Defendants have identified the Loan Files and Guidelines for the Sampled
Loans in their possession, custody, or control that they expected to produce to NCUA.
Defendants in aggregate have sent approximately 200 notices to third-parties seeking consent
to re-produce Loan Files and Guidelines produced by the third-parties in response to subpoenas in
other RMBS actions.   Except for certain RMBS Certificates that were recently reinstated
("Reinstated Certificates," in contrast to the pre-existing "Original Certificates"),[2] Defendants
reasonably believe that they have produced all Loan Files and Guidelines for the Sampled Loans
in their possession, custody, or control that they expect to produce to NCUA.[3]  With respect to
the Reinstated Certificates, Barclays expects to produce all Loan Files and Guidelines for the
Sampled Loans in its possession by July 22, 2015, and Credit Suisse, and UBS expect to do the
same by August 14, 2015.

B.      **NCUA's Subpoenas for Loan Files and Guidelines.**  NCUA has issued over
350 subpoenas to third-parties seeking Loan Files and Guidelines for the Sampled Loans with
respect to the Original Certificates, and over 20 subpoenas with respect to the Reinstated
Certificates.  To date, NCUA has collected loan file documents relating to approximately 25,949
of the 26,597 Sampled Loans for the Original Certificates and relating to approximately 1,400 of
the 5,600  Sampled Loans for the Reinstated Certificates.  NCUA has also collected thousands of
potentially applicable underwriting guidelines.   NCUA is processing, Bates stamping (if
necessary), and reproducing these documents to Defendants.   As of this report, NCUA has
produced to Defendants all documents relating to loan files and underwriting guidelines that
were produced by third-parties on or before June 19, 2015.  NCUA continues to meet-and-confer
with third-parties regarding outstanding loan files and underwriting guidelines.

C.      **Defendants' Subpoena for Loan Files and Guidelines.**  RBS has issued 16
subpoenas to 12 third-parties seeking loan files and underwriting guidelines. Goldman Sachs has
issued one subpoena to a third-party (Greenpoint) seeking underwriting guidelines. Other
Defendants have not issued subpoenas seeking loan files or underwriting guidelines.

*               *               *

The Appendix provides the status of the parties' efforts to stipulate to the loan files and
underwriting guidelines that have been collected on a security-by-security basis.

---

[2]     Eleven certificates were reinstated against Barclays; twelve certificates were reinstated
against Credit Suisse; and ten certificates were reinstated against UBS.  *See NCUA v. Barclays
Capital, Inc.*, 785 F.3d 387 (10th Cir. 2015); *NCUA v. UBS Sec., LLC*, 2015 WL 3407863 (D.
Kan. May 27, 2015).

[3]     Wachovia did not have any Loan Files for the Sampled Loans in its possession, custody,
or control.

## II.     Stipulations Regarding Loan Files and Guidelines

Pursuant to §§ (e) and (f) of the LFRP, NCUA has proposed loan file and guideline stipulations to Barclays, Nomura, RBS, Credit Suisse, Goldman Sachs, UBS, Morgan Stanley, and Wachovia.  The Appendix provides the status of these stipulations on a security-by-security basis.  NCUA has not proposed stipulations for all of the collected Sampled Loans because it intends to re-underwrite only approximately 100 loans per security.  The parties will cooperate in good faith regarding these stipulations and will raise any issues with the Court.

Respectfully submitted,

/s/  David C. Frederick
David C. Frederick
Wan J. Kim
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@khhte.com
wkim@khhte.com
grapawy@khhte.com
ashen@khhte.com


George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel:  (312) 641-9750
Fax:  (312) 641-9751
gzelcs@koreintillery.com


Stephen M. Tillery
Greg G. Gutzler
Robert L. King
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel:  (314) 241-4844
Fax:  (314) 241-3525
stillery@koreintillery.com
ggutzler@koreintillery.com
rking@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel:  (212) 336-2000
Fax:  (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com


David H. Wollmuth
Frederick R. Kessler
Steven S. Fitzgerald
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Tel:  (212) 382-3300
Fax:  (212) 382-0050
dwollmuth@wmd-law.com
fkessler@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wmd-law.com


Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com


*Attorneys for Plaintiff National Credit Union Administration Board*

/s/ Richard W. Clary
Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.*

/s/ James P. Rouhandeh
James P. Rouhandeh
Paul S. Mishkin
Daniel J. Schwartz
Joanna Geneve-Third
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
rouhandeh@davispolk.com
paul.mishkin@davispolk.com
daniel.schwartz@davispolk.com
joanna.geneve-third@davispolk.com

*Attorneys for Defendants Morgan Stanley & Co., Inc. n/k/a Morgan Stanley & Co. LLC, and Morgan Stanley Capital I Inc.*

/s/ Jeffrey T. Scott
David H. Braff
Jeffrey T. Scott
William C. Hughes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
braffd@sullcrom.com
scottj@sullcrom.com
hughesw@sullcrom.com

*Attorneys for Defendant Barclays Capital Inc.*

/s/ Scott D. Musoff
Jay B. Kasner
Scott D. Musoff
Gary J. Hacker
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
gary.hacker@skadden.com

*Attorneys for Defendant UBS Securities, LLC*

/s/ R. Alexander Pilmer
R. Alexander Pilmer, CA Bar No. 166196
David I. Horowitz, CA Bar No. 248414
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
alexander.pilmer@kirkland.com
david.horowitz@kirkland.com

*Attorneys for Defendants RBS Securities
Inc., f/k/a Greenwich Capital Markets, Inc.
and RBS Acceptance Inc., f/k/a Greenwich
Capital Acceptance Inc.*

/s/ David H. Fry
David H. Fry
Hannah Shearer
MUNGER TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077
david.fry@mto.com
hannah.shearer@mto.com

Andrew W. Goldwater
FRIEDMAN KAPLAN SEILER
   & ADELMAN LLP
7 Times Square
New York, NY 10036
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250
agoldwater@fklaw.com

*Attorneys for Defendant Wachovia Capital
Markets, LLC, n/k/a Wells Fargo Securities, LLC*

/s/ Richard H. Klapper
Richard H. Klapper
William B. Monahan
Peter A. Steciuk
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
klapperr@sullcrom.com
monahanw@sullcrom.com
steciukp@sullcrom.com
geigerm@sullcrom.com

*Attorneys for Defendants Goldman, Sachs &
Co. and GS Mortgage Securities Corp.*

/s/ Barbara S. Steiner
Barbara S. Steiner
Matthew J. Thomas
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
bsteiner@jenner.com
mthomas@jenner.com

*Attorneys for Nomura Home Equity Loan, Inc.
and Nomura Asset Acceptance Corp.*

| /s/ William F. Alderman | |
| --- | --- |
| William F. Alderman<br>ORRICK, HERRINGTON & SUTCLIFFE<br> LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel:  (415) 773-5700<br>Fax:  (415) 773-5759<br>walderman@orrick.com<br><br>*Attorney for Defendant NovaStar Mortgage*<br>*Funding Corporation* | |

cc:     Counsel of Record (via ECF or Email)

     Re:    *NCUA v. RBS & Wachovia*, Nos. 11-2340 & 11-2649
              *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-2648
              *NCUA v. UBS Securities, LLC*, No. 12-2591
              *NCUA v. Morgan Stanley & Co.*, No. 13-2418

     Re:    *NCUA v. Goldman, Sachs & Co.*, No. 11-6521
              *NCUA v. RBS Securities, LLC*, No. 11-5887

# Appendix

| **Barclays (Original Certificates)** | BCAP 2007-AA1 | BCAP 2007-AA2 | BCAP 2007-AA3 (Grp. 1) | BCAP 2007-AA3 (Grp. 2) | BCAP 2007-AB1 | FHLT 2006-C | SABR 2006-HE2 | WFHET 2006-3 | WFHET 2007-1 |
|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 199/200 **(99.5%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 58/100 **(58%)** | 98/100 **(98%)** | 99/100 **(99%)** | 97/100 **(97%)** | 97/100 **(97%)** | 97/117 **(82.9%)** | 98/100 **(98%)** | 96/100 **(96%)** | 97/98 **(99%)** |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 39/100 **(39%)** | 10/100 **(10%)** | 64/100 **(64%)** | 1/100 **(1%)** | 98/100 **(98%)** | 99/117 **(84.6%)** | 36/100 **(36%)** | 98/100 **(98%)** | 98/98 **(100%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 1 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 1 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 15 | 90 | 35 | 99 | 0 | 0 | 53 | 0 | 0 |

| Barclays (Reinstated Certificates) | ARSI 2006-W2 | BCAP 2006-AA2 | BCAP 2007-AA1 | FHLT 2006-D (All) | FHLT 2006-D (Grp 2) | LUM 2006-7 | RASC 2006-KS9 | SABR 2006-FR4 | SABR 2006-WM2 | SABR 2006-WM3 | SABR 2007-BR4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 0/200 **(0%)** | 0/200 **(0%)** | 0/200 **(0%)** | 200/200 **(100%)** | 200/200 **(100%)** | 0/200 **(0%)** | 0/200 **(0%)** | 0/200 **(0%)** | 0/200 **(0%)** | 0/200 **(0%)** | 0/200 **(0%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** | 0/100 **(0%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Credit Suisse (Original Certificates) | ARMT 2006-3 (G4) | ARMT 2007-1 | ARMT 2007-2 | CWALT 2007-OA6 | HEAT 2006-6 | HEMT 2006-2 | HEMT 2007-2 | INDA 2006-AR2 | INDX 2006-AR41 | INDX 2007-FLX3 | INDYL 2006-L2 | LBMLT 2006-1 | LBMLT 2006-6 | RALI 2006-QA9 | RALI 2007-QO1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 196/200 (98%) | 193/200 (96.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 195/200 (97.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 188/200 (94%) | 198/200 (99%) | 198/200 (99%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 136/136 (100%) | 131/131 (100%) | 132/135 (97.7%) | 119/120 (99.2%) | 120/120 (100%) | 107/128 (83.5%) | 128/129 (99.2%) | 119/119 (100%) | 120/120 (100%) | 120/120 (100%) | 120/120 (100%) | 140/140 (100%) | 128/128 (100%) | 198/198 (100%) | 198/198 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 123/136 (90.4%) | 114/131 (87%) | 119/135 (88%) | 119/120 (99.2%) | 110/120 (91.6%) | 79/128 (61.7%) | 106/129 (82.1%) | 12/119 (10%) | 5/120 (4.2%) | 60/120 (50%) | 71/120 (59.2%) | 140/140 (100%) | 128/128 (100%) | 59/198 (29.7%) | 181/198 (91.4%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 4 | 1 | 2 | 0 | 1 | 13 | 2 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |

| Credit Suisse (Reinstated Certificates) | ARMT 2006-1 | ARMT 2006-3 (G1 & G3) | ARMT 2007-2 | FMIC 2005-3 | HEAT 2005-9 | HEAT 2006-7 | HEAT 2006-8 (G2) | HEAT 2006-8 (all) | RASC 2007-EMX1 | SAST 2006-3 |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 0 | 0 | 200/200 **(100%)** | 0 | 0 | 0 | 0 | 0 | 0 | 200/200 **(100%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/0 | 0/0 | 132/135 **(97.7%)** | 0/0 | 0/0 | 0/0 | 0/0 | 0/0 | 0 | 0 |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 0/0 | 0/0 | 119/135 **(88%)** | 0/0 | 0/0 | 0/0 | 0/0 | 0/0 | 0 | 0 |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Goldman Sachs (Original Certificates) | CWALT 2007-OA4 | FFML 2006-FF4 | GPMF 2006-OH1 | GSAA 2007-3 | GSAA 2007-5 | GSR 2006-OA1 | GSR 2007-OA1 (G1) | GSR 2007-OA1 (G2) | LBMLT 2006-7 | RALI 2006-QO6 | RALI 2006-QO10 | RALI 2007-QH2 | RALI 2007-QH3 | RALI 2007-QH5 | RALI 2007-QH6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 173/200 (86.5%) | 168/200 (84%) | 200/200 (100%) | 191/200 (95.5%) | 164/200 (82%) | 198/200 (99%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 127/140 (90.7%) | 153/200 (76.5%) | 120/120 (100%) | 76/126 (60.3%) | 77/100 (77%) | 104/139 (74.8%) | 77/103 (74.7%) | 80/101 (79.2%) | 117/139 (84.2%) | 176/200 (88%) | 170/200 (85%) | 162/200 (81%) | 177/200 (88.5%) | 194/200 (97%) | 191/200 (95.5%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 107/140 (76.4%) | 199/200 (99.5%) | 110/120 (91.6%) | 97/126 (76.9%) | 71/100 (70%) | 111/139 (79.8%) | 85/103 (82.5%) | 87/101 (86.1%) | 138/139 (99.3%) | 188/200 (94%) | 184/200 (92%) | 175/200 (87.5%) | 193/200 (96.5%) | 200/200 (100%) | 200/200 (100%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 10 | 4 | 0 | 6 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 33 | 0 | 7 | 17 | 26 | 5 | 3 | 9 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |

| Morgan Stanley (Original Certificates-Part 1) | MSAC 2006-HE2 (A1) | MSAC 2006-HE2 (G2) | MSAC 2006-HE4 | MSAC 2006-HE6 | MSAC 2006-HE8 | MSAC 2006-NC4 | MSAC 2006-WMC2 | MSAC 2007-HE4 | MSAC 2007-HE5 | MSHEL 2006-1 | MSHEL 2007-2 | MSIX 2006-1 | MSM 2005-11AR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 192/200 (96%) | 183/200 (91.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 139/200 (69.5%) | 199/200 (99.5%) | 193/200 (96.5%) | 194/200 (97%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 104/104 (100%) | 108/108 (100%) | 120/120 (100%) | 118/120 (98.3%) | 134/134 (100%) | 120/120 (100%) | 199/200 (99.5%) | 132/134 (98.5%) | 131/133 (98.4%) | 112/112 (100%) | 98/98 (100%) | 116/116 (100%) | 119/119 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 83/104 (79.8%) | 83/108 (76.9%) | 84/120 (70%) | 43/120 (35.8%) | 55/134 (41%) | 0/120 (0%) | 195/200 (97.5%) | 114/134 (85%) | 131/133 (98.4%) | 57/112 (50.9%) | 55/98 (56.1%) | 70/116 (60.3%) | 80/119 (67.2%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 2 | 2 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 21 | 25 | 36 | 77 | 79 | 120 | 5 | 20 | 2 | 37 | 43 | 37 | 30 |

| Morgan Stanley (Original Certificates-Part 2) | MSM 2006-3AR | MSM 2006-8AR | MSM 2006-9AR | MSM 2006-10SL | MSM 2006-13ARX | MSM 2006-16AX | MSM 2007-2AX | MSM 2007-4SL | MSM 2007-5AX | MSM 2007-11AR | NTIX 2007-HE2 | RALI 2006-QA5 | SAST 2007-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 192/200 (96%) | 199/200 (99.5%) | 200/200 (100%) | 199/200 (99.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 110/200 (55%) | 196/200 (98%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 131/131 (100%) | 120/120 (100%) | 120/120 (100%) | 122/122 (100%) | 109/114 (95.6%) | 114/114 (100%) | 119/120 (99.1%) | 116/116 (100%) | 120/120 (100%) | 120/120 (100%) | 105/106 (99%) | 69/121 (57%) | 120/120 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 75/131 (57.2%) | 80/120 (66.7%) | 85/120 (71.8%) | 14/122 (11.4%) | 87/114 (76.3%) | 82/114 (71.9%) | 42/120 (35%) | 92/116 (79.3%) | 58/120 (48.3%) | 97/120 (80.1%) | 48/106 (45.3%) | 67/121 (55.3%) | 83/120 (69.2%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 39 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 56 | 8 | 30 | 92 | 16 | 32 | 57 | 22 | 46 | 19 | 25 | 54 | 36 |

| Nomura (Original Certificates) | NAA 2006-AR4 | NHELI 2007-1 (Group 1) |
|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 195/200 (97.5% ) | 200/200 (100% ) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 85/96 (88.5% ) | 82/98 (83.7% ) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 41/96 (42.7% ) | 36/98 (36.7% ) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 41 | 41 |

| Novastar (Original Certificates) | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) |
|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 145/200 **(72.5%)** | 137/200 **(68.5%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 101/101 **(100%)** | 94/95 **(99%)** |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 70/101 **(69.3%)** | 69/95 **(72.6%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 1 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 31 | 25 |

| RBS (Original Certificates-Part 1) | AHMA 2007-3 | FFML 2005-FFH4 | FFML 2006-FF16 (ALL) | FFML 2006-FF16 (GRP 2) | FHLT 2006-3 | FHLT 2006-D (ALL) | FHLT 2006-D (GRP 2) | GMACM 2006-HE5 | HVMLT 2006-10 | HVMLT 2006-11 | HVMLT 2006-12 | HVMLT 2006-14 | HVMLT 2006-6 (GRP 2) | HVMLT 2006-6 (GRP 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 199/200 (99.5%) | 199/200 (99.5%) | 197/200 (98.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/196 (0%) | 98/100 (98%) | 100/102 (98%) | 101/103 (98%) | 100/114 (88.7%) | 110/110 (100%) | 118/120 (98.3%) | 96/98 (98%) | 100/100 (100%) | 100/100 (100%) | 100/100 (100%) | 97/97 (100%) | 95/95 (100%) | 95/95 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 186/196 (94.9%) | 100/100 (100%) | 98/102 (96%) | 98/103 (95.1%) | 92/114 (80.7%) | 95/110 (86.4%) | 107/120 (89.2%) | 92/98 (93.8%) | 50/100 (50%) | 0/100 (0%) | 0/100 (0%) | 44/97 (45.4%) | 18/95 (18.9%) | 15/95 (15.8%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 1 | 0 | 2 | 2 | 14 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 7 | 0 | 2 | 3 | 8 | 3 | 3 | 3 | 3 | 100 | 100 | 23 | 77 | 80 |

| RBS (Original Certificates-Part 2) | HVMLT 2006-8 | HVMLT 2006-9 | HVMLT 2006-SB1 | HVMLT 2007-1 (ALL) | HVMLT 2007-1 (GRP 2) | HVMLT 2007-2 | HVMLT 2007-3 | HVMLT 2007-4 | HVMLT 2007-5 | INDX 2006-AR35 | INDX 2006-AR6 | LBMLT 2006-2 | LBMLT 2006-8 | LUM 2006-2 | LUM 2007-1 (Grp 1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 197/200 (98.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 186/200 (93.0%) | 200/200 (100%) | 196/200 (98.0%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 196/200 (98.0%) | 187/200 (93.5%) | 173/200 (86.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 100/100 (100%) | 100/100 (100%) | 97/106 (91.5%) | 92/102 (90.2%) | 81/103 (78.6%) | 99/99 (100%) | 100/101 (99%) | 99/99 (100%) | 0/100 (0%) | 97/97 (100%) | 100/100 (100%) | 99/99 (100%) | 96/96 (100%) | 94/102 (92.2%) | 94/97 (96.9%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 30/100 (30%) | 0/100 (0%) | 100/106 (94.3) | 0/102 (0%) | 0/103 (0%) | 67/99 (67.7%) | 57/101 (56.4%) | 85/99 (85.9%) | 99/100 (99%) | 0/97 (0%) | 0/100 (0%) | 99/99 (100%) | 94/96 (97.9%) | 9/102 (8.8%) | 94/97 (96.9%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 2 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 31 | 100 | 0 | 102 | 103 | 32 | 2 | 14 | 1 | 92 | 100 | 0 | 2 | 85 | 1 |

| RBS (Original Certificates-Part 3) | MHL 2006-1 | MHL 2006-1 (Grp 1-A2) | NAA 2006-AR4 | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) | NHELI 2007-1 (Group 1) | NHELI 2007-1 (Group 2) | OOMLT 2007-2 | RFMS2 2007-HSA2 | SAST 2006-3 | SVHE 2005-OPT4 | SVHE 2006-WF1 | SVHE 2006-WF2 | SVHE 2007-OPT1 | WMLT 2006-ALT1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 195/200 (97.5%) | 145/200 (72.5%) | 137/200 (68.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 197/200 (98.5%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 196/200 (98%) | 90/100 (90%) | 85/96 (88.5%) | 101/101 (100%) | 94/95 (99%) | 82/98 (83.7%) | 115/119 (96.7%) | 100/102 (98%) | 98/100 (98%) | 105/105 (100%) | 101/101 (100%) | 99/100 (99%) | 98/100 (97%) | 97/100 (97%) | 100/100 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 195/200 (97.5%) | 98/100 (98%) | 41/96 (42.7%) | 65/101 (64.3%) | 66/95 (69.5%) | 36/98 (36.7%) | 37/119 (31.1%) | 6/102 (5.9%) | 96/100 (96%) | 18/105 (17.1%) | 0/101 (0%) | 99/100 (99%) | 86/100 (86%) | 13/100 (13%) | 99/100 (99%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 4 | 0 | 0 | 0 | 1 | 0 | 4 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 0 | 2 | 41 | 36 | 28 | 41 | 15 | 95 | 2 | 87 | 96 | 0 | 14 | 87 | 1 |

| UBS (Original Certificates-Part 1) | ARSI 2006-W3 | CWALT 2006-OA3 | CWALT 2006-OA8 | CWALT 2006-OA8 (G1) | CWALT 2006-OA10 (G2) | CWALT 2006-OA10 (G3) | CWALT 2006-OA10 (G4) | CWHL 2006-OA5 (G1) | CWHL 2006-OA5 (G2) | FHLT 2006-B | INABS 2007-A | INDS 2006-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 168/200 **(84%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** | 200/200 **(100%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 95/95 **(100%)** | 139/140 **(99.2%)** | 140/140 **(100%)** | 120/120 **(100%)** | 120/120 **(100%)** | 120/120 **(100%)** | 120/120 **(100%)** | 136/138 **(98.6%)** | 136/138 **(98.6%)** | 140/142 **(98.6%)** | 120/120 **(100%)** | 134/134 **(100%)** |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 95/95 **(100%)** | 139/140 **(99.2%)** | 125/140 **(89.3%)** | 120/120 **(100%)** | 119/120 **(99.2%)** | 118/120 **(98.3%)** | 119/120 **(99.2%)** | 138/138 **(100%)** | 138/138 **(100%)** | 111/142 **(78.1%)** | 6/118 **(5.1%)** | 101/134 **(75.4%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 58 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 9 |

| UBS (Original Certificates-Part 2) | INDS 2007-1 | INDS 2007-2 | MABS 2006-HE2 | MABS 2006-WMC1 | MABS 2006-WMC4 | MARM 2007-2 | MARM 2007-HF2 | MASL 2006-1 | NAA 2006-AR4 | RALI 2006-QO5 (G2) | RALI 2006-QO5 (G3) | RALI 2006-QO7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 192/200 (96%) | 199/200 (99.5%) | 195/200 (97.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 120/120 (100%) | 120/120 (100%) | 128/128 (100%) | 140/140 (100%) | 140/140 (100%) | 119/119 (100%) | 117/117 (100%) | 106/118 (89.8%) | 96/96 (100%) | 199/200 (99.5%) | 200/200 (100%) | 200/200 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 57/120 (47.5%) | 44/120 (36.7%) | 78/128 (60.9%) | 138/140 (98.6%) | 140/140 (100%) | 119/119 (100%) | 4/117 (3.4%) | 60/118 (50.8%) | 0/96 (0%) | 191/200 (95.5%) | 194/200 (97%) | 177/200 (88.5%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 10 | 3 | 0 | 0 | 0 | 0 | 0 | 72 | 1 | 0 | 1 |

| UBS (Reinstated Certificates) | CWHL 2006-OA5 (G1) | CWHL 2006-OA5 (G2) | MABS 2006-HE4 | MABS 2006-WMC4 | MARM 2006-OA2 | MARM 2007-1 | MARM 2007-HF1 |
|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 **(100%)** | 200/200 **(100%)** | 0/0 | 200/200 **(100%)** | 0/0 | 0/0 | 0/0 |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 136/138 **(98.6%)** | 136/138 **(98.6%)** | 0 | 140/140 **(100%)** | 0 | 0 | 0 |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 138/138 **(100%)** | 138/138 **(100%)** | 0 | 140/140 **(100%)** | 0 | 0 | 0 |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Wachovia (Original Certificates) | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) | WMLT 2006-ALT1 | WMLT 2006-AMN1 |
|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 145/200 **(72.5%)** | 137/200 **(68.5%)** | 200/200 **(100%)** | 195/200 **(97.5%)** |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 101/101 **(100%)** | 94/95 **(99%)** | 100/100 **(100%)** | 97/97 **(100%)** |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 65/101 **(64.3%)** | 66/95 **(69.5%)** | 99/100 **(99%)** | 0/97 **(0%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 1 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 36 | 28 | 1 | 97 |