| | |
|---|---|
| 1 | Christopher C. Chiou (Cal. Bar No. 233587) |
| 2 | cchiou@jenner.com<br>JENNER & BLOCK LLP |
| 3 | 633 West 5th Street, Floor 35<br>Los Angeles, California  90071 |
| 4 | Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199 |
| 5 | Barbara S. Steiner |
| 6 | (*pro hac vice*)<br>bsteiner@jenner.com |
| 7 | Matthew J. Thomas<br>(*pro hac vice*) |
| 8 | mthomas@jenner.com<br>JENNER & BLOCK LLP |
| 9 | 353 N. Clark Street<br>Chicago, Illinois 60654-3456 |
| 10 | Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484 |
| 11 | Attorneys for Defendants Nomura Home |
| 12 | Equity Loan, Inc. and Nomura Asset<br>Acceptance Corporation |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>            Plaintiff,<br><br>      vs.<br><br>RBS SECURITIES, INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>            Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>The Honorable George H. Wu<br><br>**NOMURA ASSET ACCEPTANCE CORPORATION'S AND NOMURA HOME EQUITY LOAN, INC.'S NOTICE OF FILING OF CORRESPONDENCE**<br><br>Complaint Filed:  July 18, 2011<br>First Amended Complaint Filed: August 19, 2013 |

Nomura's Notice of Filing of Correspondence

1 | Pursuant to the Master Discovery Protocol, Defendants Nomura Asset Acceptance Corporation and Nomura Home Equity Loan, Inc. (together, "Nomura") submitted a letter on July 7, 2015 to: (a) Judge Denise Cote in the Southern District of New York in the action captioned *NCUA. v. Morgan Stanley & Co.*, No. 13-cv-6705; (b) Judge John Lungstrum and Judge James O'Hara in the District of Kansas in the action captioned *NCUA v. RBS Securities Inc.*, No. 11-cv-2340; and (c) Judge George Wu in the Central District of California in the action captioned *NCUA v. RBS Securities Inc. et al.*, No. 11-5887. A copy of the July 7, 2015 letter from Nomura is attached hereto as Exhibit A.

DATED: July 7, 2015

Respectfully submitted,

JENNER & BLOCK LLP

 /s/ Christopher C. Chiou
Christopher C. Chiou

Attorneys for Defendants Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corporation