Christopher C. Chiou (Cal. Bar No. 233587)
cchiou@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Barbara S. Steiner
(*pro hac vice*)
bsteiner@jenner.com
Matthew J. Thomas
(*pro hac vice*)
mthomas@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendants Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>The Honorable George H. Wu<br><br>**NOMURA ASSET ACCEPTANCE CORPORATION'S AND NOMURA HOME EQUITY LOAN, INC.'S NOTICE OF SERVICE RE CORELOGIC, INC.**<br><br>Complaint Filed: July 18, 2011<br>First Amended Complaint Filed: August 19, 2013 |

1  On July 7, 2015, Defendants Nomura Asset Acceptance Corporation and Nomura Home Equity Loan, Inc. (together, "Nomura") served CoreLogic, Inc. ("CoreLogic") by overnight mail — along with a courtesy copy via email — with a copy of the July 7, 2015 letter that Nomura submitted to: (a) Judge Denise Cote in the Southern District of New York in the action captioned *NCUA. v. Morgan Stanley & Co.*, No. 13-cv-6705; (b) Judge John Lungstrum and Judge James O'Hara in the District of Kansas in the action captioned *NCUA v. RBS Securities Inc.*, No. 11-cv-2340; and (c) Judge George Wu in the Central District of California in the action captioned *NCUA v. RBS Securities Inc. et al.*, No. 11-5887.

A copy of the July 7, 2015 correspondence from Nomura to CoreLogic is attached hereto as Exhibit A.

DATED: July 7, 2015

Respectfully submitted,

JENNER & BLOCK LLP

 /s/ Christopher C. Chiou
Christopher C. Chiou

Attorneys for Defendants Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corporation