```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    13cv6705 (DLC)
            -v-                         :    13cv6719 (DLC)
                                        :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :    13cv6726 (DLC)
                                        :    13cv6727 (DLC)
                        Defendants.     :    13cv6731 (DLC)
                                        :    13cv6736 (DLC)
And other NCUA Actions.                 :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                        Plaintiff,      :    11cv2340 (JWL)
            -v-                         :    11cv2649 (JWL)
                                        :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH   :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :    12cv2648 (JWL)
                                        :    13cv2418 (JWL)
                        Defendants.     :
                                        :
And other NCUA Actions.                 :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/15_____
```

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                         Plaintiff,       :
            -v-                           :
                                          :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH     :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,            :
                                          :
                         Defendants.      :       ORDER
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

Pursuant to the Master Discovery Protocol ("MDP"), fact discovery in these cases closes on July 17, 2015. On June 17, 2015, precisely one month before that cut-off date, defendants Nomura Asset Acceptance Corporation and Nomura Home Equity Loan, Inc. (together, "Nomura") served two subpoenas on CoreLogic, Inc. ("CoreLogic"), a third party, seeking document production and deposition testimony. CoreLogic has apparently represented that it will be difficult for it to comply by July 17.

Through a letter of July 7, Nomura seeks an extension of the fact discovery cut-off date to July 31, 2015 for the limited purpose of obtaining this discovery from CoreLogic or, in the alternative, an order compelling CoreLogic to produce documents and testify at a deposition on or before July 17. NCUA opposes

this motion but has not filed a letter in opposition. It is hereby

ORDERED that Nomura shall provide our Courts with copies of the relevant documents by 4:00 p.m. EDT today, including the two subpoenas, CoreLogic's objections to the subpoenas, and any relevant correspondence between the parties regarding this dispute.

IT IS FURTHER ORDERED that Nomura and CoreLogic shall meet and confer by noon EDT on July 9 in an effort to resolve any remaining objections to the scope of the subpoenas, and to attempt to schedule full compliance by July 17.

IT IS FURTHER ORDERED that, in the event CoreLogic contends that it is unable to comply by July 17 or otherwise objects to the subpoenas, it shall submit to our Courts a response, not to exceed 2 pages, to Nomura's July 7 letter by 5:00 p.m. EDT on July 9.

Dated: July 8, 2015          __/s/ Denise Cote_____
                                United States District Judge


Dated: July 8, 2015          __/s/ George H. Wu_____
                                United States District Judge


Dated: July 8, 2015          ___/s/ John W. Lungstrum_____
                                United States District Judge


Dated: July 8, 2015          ___/s/ James P. O'Hara_____
                                United States Magistrate Judge

3