1  R. Alexander Pilmer (State Bar No. 166196)
   Email: alexander.pilmer@kirkland.com
2  David I. Horowitz (State Bar No. 248414)
   Email: david.horowitz@kirkland.com
3  Jay L. Bhimani (State Bar No. 267689)
   Email: jay.bhimani@kirkland.com
4  Kristin E. Rose (State Bar No. 278284)
   Email: kristin.rose@kirkland.com
5  KIRKLAND & ELLIS LLP
   333 South Hope Street
6  Los Angeles, California 90071
   Telephone: (213) 680-8400
7  Facsimile:  (213) 680-8500

8  Attorneys for Defendants
   RBS Securities Inc. and RBS Acceptance Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**NOTICE OF FILING OF RBS'S LETTER MOTION FOR ORDER PERMITTING THE DEPOSITION OF CONSENTING PARTY BARCLAYS TO OCCUR AFTER THE JULY 17 FACT DISCOVERY CUTOFF**<br><br>Judge:      George H. Wu<br>Courtroom:  10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

**NOTICE OF FILING OF DEFENDANTS' LETTER MOTION FOR ORDER PERMITTING THE DEPOSITION OF CONSENTING PARTY BARCLAYS TO OCCUR AFTER THE JULY 17 FACT DISCOVERY CUTOFF**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT RBS Securities Inc. and RBS Acceptance Inc. hereby submit the following documents that are being concurrently filed in *Nat'l Credit Union Admin. Bd. v. RBS Securities Inc. et al.*, 11–CV–2340–JWL (D. Kan.), *Nat'l Credit Union Admin. Bd. v. RBS Securities Inc. et al.*, 13–CV–6726–DLC (S.D.N.Y.), and *Nat'l Credit Union Admin. Bd. v. Morgan Stanley & Co., Inc. et al.*, 13–CV–6705–DLC (S.D.N.Y.):  RBS's Letter Motion for Order Permitting the Deposition of Consenting Party Barclays to Occur After the July 17 Fact Discovery Cutoff, with exhibits, attached hereto as Exhibit 1.

DATED: July 9, 2015

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ R. Alexander Pilmer*
R. Alexander Pilmer

Attorney for Defendants RBS Securities Inc. and RBS Acceptance Inc.

---

1
**NOTICE OF FILING OF DEFENDANTS' LETTER MOTION FOR ORDER PERMITTING THE DEPOSITION OF CONSENTING PARTY BARCLAYS TO OCCUR AFTER THE JULY 17 FACT DISCOVERY CUTOFF**