```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                        Plaintiff,       :     13cv6705 (DLC)
             -v-                         :     13cv6719 (DLC)
                                         :     13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,            :     13cv6726 (DLC)
                                         :     13cv6727 (DLC)
                        Defendants.      :     13cv6731 (DLC)
                                         :     13cv6736 (DLC)
And other NCUA Actions.                  :
-----------------------------------------X

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                        Plaintiff,       :     11cv2340 (JWL)
             -v-                         :     11cv2649 (JWL)
                                         :     12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH    :     12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,           :     12cv2648 (JWL)
                                         :     13cv2418 (JWL)
                        Defendants.      :
                                         :
And other NCUA Actions.                  :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/9/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                          Plaintiff,     :
             -v-                         :
                                         :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH    :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,           :
                                         :
                          Defendants.    :       ORDER
                                         :
And other NCUA Actions.                  :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On July 9, 2015, RBS submitted an application to our three Courts requesting an extension of the fact discovery deadline to August 5, 2015 for the limited purpose of conducting a 30(b)(6) deposition with Barclays Capital, Inc. Accordingly, it is hereby

ORDERED that any responsive submissions shall be filed by July 13, 2015, at 10 a.m. EDT.

Dated: July 9, 2015         /s/ Denise Cote
                            United States District Judge


Dated: July 9, 2015         /s/ George H. Wu
                            United States District Judge


Dated: July 9, 2015         /s/ John W. Lungstrum
                            United States District Judge


Dated: July 9, 2015         /s/ James P. O'Hara
                            United States Magistrate Judge