R. Alexander Pilmer (SBN 166196)
alexander.pilmer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Los Angeles, CA 90071
Tel.: (213) 680-8400 | Fax: (213) 680-8500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Credit Union Administration Board<br><br>PLAINTIFF(S)<br>v.<br>RBS Securities Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>11-cv-05887 GW (JEMx)<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged: **(List Documents)**

1. APPLICATION TO FILE DOCUMENTS UNDER SEAL  [L.R. 79-5.1]
2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL  [L.R. 79-5.1]
3. EXHIBITS B AND D TO RBS'S LETTER MOTION FOR ORDER PERMITTING THE DEPOSITION OF CONSENTING PARTY BARCLAYS TO OCCUR AFTER THE JULY 17 FACT DISCOVERY CUTOFF, which was filed as Exhibit 1 to RBS's Notice of Filing dated July 9, 2015.

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[ ] Per Court order dated: _____
[ ] Administrative Record
[✓] Other:
Manual Filing required pursuant to L.R. 79-5.1.

| | |
|---|---|
| July 9, 2015<br>Date | /s/ Alexander Pilmer<br>Attorney Name<br>RBS Securities Inc. and RBS Acceptance Inc.<br>Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*