1 | Christopher C. Chiou (Cal. Bar No. 233587)
  | cchiou@jenner.com
2 | JENNER & BLOCK LLP
  | 633 West 5th Street, Floor 35
3 | Los Angeles, California  90071
  | Telephone: (213) 239-5100
4 | Facsimile: (213) 239-5199

5 | Barbara S. Steiner
  | (*pro hac vice*)
6 | bsteiner@jenner.com
  | Matthew J. Thomas
7 | (*pro hac vice*)
  | mthomas@jenner.com
8 | JENNER & BLOCK LLP
  | 353 N. Clark Street
9 | Chicago, Illinois 60654-3456
  | Telephone: (312) 222-9350
10 | Facsimile: (312) 527-0484

11 | Attorneys for Defendants Nomura Home
   | Equity Loan, Inc. and Nomura Asset
12 | Acceptance Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union, | Case No. CV 11-05887 GHW (JEMx) |
| | The Honorable George H. Wu |
| Plaintiff, | **NOMURA ASSET ACCEPTANCE CORPORATION'S AND NOMURA HOME EQUITY LOAN, INC.'S NOTICE OF FILING OF CORRESPONDENCE** |
| vs. | |
| RBS SECURITIES, INC., f/k/a/ RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC, | Complaint Filed:  July 18, 2011
First Amended Complaint Filed: August 19, 2013 |
| Defendants. | |

Nomura's Notice of Filing of Correspondence

1  Pursuant to the Master Discovery Protocol, Defendants Nomura Asset
2  Acceptance Corporation and Nomura Home Equity Loan, Inc. (together, "Nomura")
3  submitted a letter on July 9, 2015 to: (a) Judge Denise Cote in the Southern District of
4  New York in the action captioned *NCUA. v. Morgan Stanley & Co.*, No. 13-cv-6705;
5  (b) Judge John Lungstrum and Judge James O'Hara in the District of Kansas in the
6  action captioned *NCUA v. RBS Securities Inc.*, No. 11-cv-2340; and (c) Judge George
7  Wu in the Central District of California in the action captioned *NCUA v. RBS
8  Securities Inc. et al.*, No. 11-5887.

9  A copy of the July 9, 2015 letter from Nomura (along with the exhibit to the
10 letter) is attached hereto as Exhibit A.

12 DATED: July 9, 2015                    Respectfully submitted,

13                                        JENNER & BLOCK LLP

14                                         /s/ Christopher C. Chiou
15                                        Christopher C. Chiou

16                                        Attorneys for Defendants Nomura Home
                                          Equity Loan, Inc. and Nomura Asset
17                                        Acceptance Corporation