R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**NOTICE OF FILING OF:**<br><br>**WITHDRAWAL OF RBS'S LETTER MOTION FOR ORDER PERMITTING THE DEPOSITION OF CONSENTING PARTY BARCLAYS TO OCCUR AFTER THE JULY 17 FACT DISCOVERY CUTOFF**<br><br>Judge:      George H. Wu<br>Courtroom:  10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2 013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

**NOTICE OF FILING OF WITHDRAWAL OF LETTER MOTION**

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** RBS Securities Inc. and RBS Acceptance

3  Inc. hereby submit the following documents that are being concurrently filed in *Nat'l*

4  *Credit Union Admin. Bd. v. RBS Securities Inc. et al.*, 11–CV–2340–JWL (D. Kan.),

5  13–CV–6726–DLC (S.D.N.Y.) and *Nat'l Credit Union Admin Bd. v. Morgan Stanley*

6  *& Co. et al.*, No. 13–6705 (S.D.N.Y.): Notice of Withdrawal of Letter Motion for

7  Order Permitting the Deposition of Consenting Party Barclays to Occur After the July

8  17 Fact Discovery Cutoff, attached hereto as Exhibit 1.

9

10

11  DATED:  July 10, 2015            Respectfully submitted,

12                                  KIRKLAND & ELLIS LLP

13                                  */s/ R. Alexander Pilmer*
                                    R. Alexander Pilmer

14                                  Attorney for Defendants RBS Securities Inc.
                                    and RBS Acceptance Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
**NOTICE OF FILING OF WITHDRAWAL OF LETTER MOTION**