```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                            :
                          Plaintiff,   :      13cv6705 (DLC)
                  -v-                   :      13cv6719 (DLC)
                                        :      13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,           :      13cv6726 (DLC)
                                        :      13cv6727 (DLC)
                          Defendants.   :      13cv6731 (DLC)
                                        :      13cv6736 (DLC)
And other NCUA Actions.                 :
------------------------------------------X



UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                            :
                          Plaintiff,   :      11cv2340 (JWL)
                  -v-                   :      11cv2649 (JWL)
                                        :      12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH  :      12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,          :      12cv2648 (JWL)
                                        :      13cv2418 (JWL)
                          Defendants.   :
                                        :
And other NCUA Actions.                 :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/30/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                          Plaintiff,   :
              -v-                      :
                                       :      11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :      11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,         :
                                       :
                          Defendants.  :      ORDER
                                       :
And other NCUA Actions.                :
----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

With the following three exceptions, fact discovery closed in these actions on July 17, 2015.  Since Certificates have been reinstated in the Barclays, UBS and Credit Suisse actions pending in Kansas, the period for fact and expert discovery in those actions has been extended.  Our Courts have conferred regarding the scheduling of trials in each of these actions. Accordingly, it is hereby

ORDERED that a scheduling conference will be held in all SDNY actions on September 18, 2015, at 2:00 p.m.  Principal trial counsel for all parties must be present in Courtroom 15B, United States Courthouse, 500 Pearl Street, New York, N.Y.

IT IS FURTHER ORDERED that a conference will be held in all Kansas actions on October 20, 2015 at 9:30 a.m.  Principal trial counsel must attend the conference at the United States

2

Courthouse, 500 State Avenue, Kansas City, Kansas.  Notice will be given of the courtroom in which the conference will be held.

IT IS FURTHER ORDERED that, in light of the appeals in the California actions pending before the Ninth Circuit, no conference will be held at this time to schedule trials in those actions.

IT IS FURTHER ORDERED that counsel for NCUA and the defendants in all actions shall confer in an effort to reach agreement regarding a schedule for trying the New York actions and the Kansas actions in this coordinated litigation.  Their joint or several proposals shall be submitted to our Courts by September 3, 2015.

IT IS FURTHER ORDERED that counsel in these actions will submit by September 3, 2015, any response to the following proposed schedule:

1. The first tranche of SDNY trials will be four trials to commence on June 20, 2016.  The four trials will be held in the SDNY RBS/Wachovia, UBS, Morgan Stanley and Goldman Sachs actions.

2. The parties in the SDNY Credit Suisse and Barclays actions must be prepared to proceed to trial on June 20, 2016, in the event any of the above-listed actions does not proceed to trial.  The trial in any SDNY case not occurring in June of 2016 will commence on September 12, 2016 in New York.


Dated: July 30, 2015          /s/ Denise Cote
                              United States District Judge


Dated: July 30, 2015          /s/ George H. Wu
                              United States District Judge


Dated: July 30, 2015          /s/ John W. Lungstrum
                              United States District Judge


Dated: July 30, 2015          /s/ James P. O'Hara
                              United States Magistrate Judge