R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**NOTICE OF FILING OF RBS'S SUBMISSION ON TRIAL SCHEDULING**<br><br>Judge:          George H. Wu<br>Courtroom:   10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT RBS Securities Inc. and RBS Acceptance Inc. hereby submit the following documents filed in *Nat'l Credit Union Admin. Bd. v. RBS Securities Inc. et al.*, 13–CV–6726–DLC (S.D.N.Y.) and *Nat'l Credit Union Admin. Bd. v. Morgan Stanley & Co., Inc. et al.*, 13–CV–6705–DLC (S.D.N.Y.):  RBS's Submission on Trial Scheduling, attached hereto as Exhibit 1.

DATED:  September 3, 2015  Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ R. Alexander Pilmer*
R. Alexander Pilmer

Attorney for Defendants RBS Securities Inc. and RBS Acceptance Inc.