MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union
Administration Board
(See Signature Page for Names and Addresses
of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS RELATING TO COORDINATION**<br><br>Am. Compl. filed: August 19, 2013<br>Judge: Hon. George Wu<br>Courtroom: 10 |

1      Plaintiff National Credit Union Administration Board as Liquidating Agent of

2  certain credit unions ("NCUA") hereby lodges the following document relating to the

3  coordination of NCUA's New York, Kansas, and California actions:

4      Plaintiff NCUA's letter responding to Defendant UBS's letter dated September

5      28, 2015, regarding requests for additional discovery including a Rule 30(b)(6)

6      deposition and new document production.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodging

1    Dated: September 30, 2015

2

3    GEORGE A. ZELCS                        MARC M. SELTZER
     KOREIN TILLERY LLC                     BRYAN CAFORIO
4    205 North Michigan Avenue,             SUSMAN GODFREY L.L.P.
5    Suite 1950
     Chicago, Illinois 60601                MARK C. HANSEN
6    Telephone: (312) 641-9760              DAVID C. FREDERICK
7    Fax: (312) 641-9751                    dfrederick@khhte.com
                                            WAN J. KIM
8                                           JOSEPH S. HALL
     STEPHEN M. TILLERY                     GREGORY G. RAPAWY
9    DOUGLAS R. SPRONG                      KELLOGG, HUBER, HANSEN,
     ROBERT L. KING                           TODD, EVANS & FIGEL, P.L.L.C.
10   DIANE E. MOORE                         Sumner Square
11   KOREIN TILLERY LLC                     1615 M Street, N.W., Suite 400
     505 North Seventh Street               Washington, D.C. 20036
12   Suite 3600                             Telephone: (202) 326-7900
13   St. Louis, Missouri 63101-1625         Fax: (202) 326-7999
     Telephone: (314) 241-4844
14   Fax: (314) 241-3525
15
16   MICHAEL J. MCKENNA                     By:     /s/ David C. Frederick
       *General Counsel*                                David C. Frederick
17   JOHN K. IANNO
18     *Associate General Counsel*          Attorneys for Plaintiff National
     KEVIN S. TUININGA                      Credit Union Administration Board
19     *Trial Attorney*
20   NATIONAL CREDIT UNION
       ADMINISTRATION
21   1775 Duke Street
22   Alexandria, Virginia 22314-3428
     Telephone: (703) 518-6350
23   Fax: (703) 518-6569
24
25
26
27
28

- 3 -                                        Notice of Lodging