MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS RELATING TO COORDINATION**<br><br>Am. Compl. filed: August 19, 2013<br>Judge:           Hon. George Wu<br>Courtroom:    10 |

Notice of Lodging

1  Plaintiff National Credit Union Administration Board, as Liquidating Agent of
2  certain credit unions ("NCUA"), hereby lodges the following documents relating to
3  the coordination of NCUA's New York, Kansas, and California actions:

4  (1)  Plaintiff NCUA's letter responding to Defendant UBS's letter dated
5       October 19, 2015, regarding UBS's request that NCUA be ordered to
6       produce certain attorney-client communications and work-
7       product documents.
8  (2)  Exhibit A to the above letter.

| | |
|---|---|
| Dated: October 21, 2015 | |
| | MARC M. SELTZER |
| GEORGE A. ZELCS | BRYAN CAFORIO |
| KOREIN TILLERY LLC | SUSMAN GODFREY L.L.P. |
| 205 North Michigan Avenue, Suite 1950 | |
| Chicago, Illinois 60601 | MARK C. HANSEN |
| Telephone: (312) 641-9760 | DAVID C. FREDERICK |
| Fax: (312) 641-9751 | dfrederick@khhte.com |
| | WAN J. KIM |
| STEPHEN M. TILLERY | JOSEPH S. HALL |
| DOUGLAS R. SPRONG | GREGORY G. RAPAWY |
| ROBERT L. KING | KELLOGG, HUBER, HANSEN, |
| DIANE E. MOORE |  TODD, EVANS & FIGEL, P.L.L.C. |
| KOREIN TILLERY LLC | Sumner Square |
| 505 North Seventh Street | 1615 M Street, N.W., Suite 400 |
| Suite 3600 | Washington, D.C. 20036 |
| St. Louis, Missouri 63101-1625 | Telephone: (202) 326-7900 |
| Telephone: (314) 241-4844 | Fax: (202) 326-7999 |
| Fax: (314) 241-3525 | |
| MICHAEL J. MCKENNA | |
|   *General Counsel* | By:     /s/ David C. Frederick |
| JOHN K. IANNO |            David C. Frederick |
|   *Associate General Counsel* | |
| KEVIN S. TUININGA | Attorneys for Plaintiff National |
|   *Trial Attorney* | Credit Union Administration Board |
| NATIONAL CREDIT UNION  ADMINISTRATION | |
| 1775 Duke Street | |
| Alexandria, Virginia 22314-3428 | |
| Telephone: (703) 518-6350 | |
| Fax: (703) 518-6569 | |