| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
|   | mseltzer@susmangodfrey.com |
| 2 | BRYAN CAFORIO (261265) |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 1901 Avenue of the Stars, Suite 950 |
| 4 | Los Angeles, California 90067-6029 |
| 5 | Telephone: (310) 789-3100 |
|   | Fax: (310) 789-3150 |
| 6 | |
| 7 | Attorneys for Plaintiff National Credit Union |
|   | Administration Board |
| 8 | (See Signature Page for Names and Addresses |
| 9 | of Additional Counsel for Plaintiffs) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS RELATING TO COORDINATION**<br><br>Am. Compl. filed:  August 19, 2013<br>Judge:                  Hon. George Wu<br>Courtroom:          10 |

Notice of Lodging

1  Plaintiff National Credit Union Administration Board, as Liquidating Agent of
2  certain credit unions ("NCUA"), hereby lodges the following documents relating to
3  the coordination of NCUA's New York, Kansas, and California actions:
4  (1) Plaintiff NCUA's letter requesting an order enforcing the Courts'
5  coordinated scheduling orders, in connection with Defendant Goldman's
6  inclusion in a rebuttal expert report of new opinions related to loss
7  causation. This letter is being filed in redacted form because it contains
8  material subject to a protective order.
9  (2) Slipsheets indicating that Exhibits A and B to the above letter are being
10 filed under seal.
11 A copy of these materials, including an unredacted version of the letter and the
12 exhibits filed under seal, has been e-mailed this same day to the Court and counsel.

Dated: October 21, 2015

| | |
|---|---|
| GEORGE A. ZELCS<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue,<br>Suite 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9760<br>Fax: (312) 641-9751<br><br>STEPHEN M. TILLERY<br>DOUGLAS R. SPRONG<br>ROBERT L. KING<br>DIANE E. MOORE<br>KOREIN TILLERY LLC<br>505 North Seventh Street<br>Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844<br>Fax: (314) 241-3525<br><br>MICHAEL J. MCKENNA<br>  *General Counsel*<br>JOHN K. IANNO<br>  *Associate General Counsel*<br>KEVIN S. TUININGA<br>  *Trial Attorney*<br>NATIONAL CREDIT UNION<br>  ADMINISTRATION<br>1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Telephone: (703) 518-6350<br>Fax: (703) 518-6569 | MARC M. SELTZER<br>BRYAN CAFORIO<br>SUSMAN GODFREY L.L.P.<br><br>MARK C. HANSEN<br>DAVID C. FREDERICK<br>dfrederick@khhte.com<br>WAN J. KIM<br>JOSEPH S. HALL<br>GREGORY G. RAPAWY<br>KELLOGG, HUBER, HANSEN,<br>  TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999<br><br><br>By:     /s/ David C. Frederick<br>           David C. Frederick<br><br>Attorneys for Plaintiff National<br>Credit Union Administration Board |