# Confidential Exhibit A

Filed Under Seal Pursuant to Court Order