# Confidential Exhibit B

Filed Under Seal Pursuant to Court Order