```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :    13cv6705 (DLC)
            -v-                           :    13cv6719 (DLC)
                                          :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,             :    13cv6726 (DLC)
                                          :    13cv6727 (DLC)
                        Defendants.       :    13cv6731 (DLC)
                                          :    13cv6736 (DLC)
And other NCUA Actions.                   :
-----------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                        Plaintiff,        :    11cv2340 (JWL)
            -v-                           :    11cv2649 (JWL)
                                          :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH     :    12cv2631 (JWL)
CAPITAL MARKETS, INC., et al.,            :    12cv2648 (JWL)
                                          :    13cv2418 (JWL)
                        Defendants.       :
                                          :
And other NCUA Actions.                   :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/15

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :
                       Plaintiff,      :
        -v-                            :
                                       :       11cv5887 (GW)
RBS SECURITIES, INC., f/k/a GREENWICH  :       11cv6521 (GW)
CAPITAL MARKETS, INC., et al.,         :
                                       :          ORDER
                       Defendants.     :
                                       :
And other NCUA Actions.                :
-----------------------------------------X
```

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

On October 21, 2015, NCUA submitted an application to our three Courts requesting that Goldman, Sachs & Co. be precluded, pursuant to Federal Rule of Evidence 37, from using portions of the testimony of their expert witness Christopher M. James ("James") to support a loss causation defense. NCUA enclosed excerpts from James's August 14 and October 16 expert reports with that application. On October 22, our three Courts ordered that any responsive submission be made by October 23 at 5:00 p.m. EDT. It is hereby

ORDERED that any responsive submission shall be accompanied by copies of the complete August 14 and October 16 expert reports.

Dated: October 22, 2015        /s/ Denise Cote
                               United States District Judge


Dated: October 22, 2015        /s/ George H. Wu
                               United States District Judge


Dated: October 22, 2015        /s/ John W. Lungstrum
                               United States District Judge


Dated: October 22, 2015        /s/ James P. O'Hara
                               United States Magistrate Judge