Marc M. Seltzer (54534)
Susman Godfrey LLP
1901 Avenue of the Stars
Suite 950
Los Angeles, CA  90067-6029

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>Plaintiff(s)<br><br>v.<br><br>RBS SECURITIES INC., et al.<br><br>Defendant(s). | CASE NUMBER:  11-cv-05887 GHW (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Shen, Andrew C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-326-7900          202-326-7999
*Telephone Number*    *Fax Number*

ashen@khhte.com
*E-Mail Address*

Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Credit Union Administration Board

*Name(s) of Party(ies) Represented*   X Plaintiff   ☐ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Seltzer, Marc M.
*Designee's Name (Last Name, First Name & Middle Initial)*

54534          31-0-789-3100
*Designee's Cal. Bar Number*   *Telephone Number*

310-789-3150
*Fax Number*

Susman Godfrey L.L.P.
1901 Avenue of the Stars
Suite 950
Los Angeles, CA  90067-6029

*Firm Name & Address*

mseltzer@susmangodfrey.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**