R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**JOINT STIPULATION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT BRIEFING**<br><br>Judge: George H. Wu<br>Courtroom: 10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

This Stipulation is entered into by and between counsel for Defendants RBS Securities Inc. and RBS Acceptance Inc. (collectively "RBS"), Defendant Nomura Asset Acceptance Corporation ("Nomura"), and Plaintiff National Credit Union Administration Board as Liquidating Agent for Western Corporate Federal Credit Union ("Plaintiff" and, together with RBS and Nomura, the "Parties" to the Stipulation).

WHEREAS, under the Master Discovery Protocol (ECF No. 317), summary judgment motions are to be filed by February 5, 2016 and fully submitted by March 25, 2016;

WHEREAS, in *National Credit Union Administration Board v. RBS Securities Inc. et al.*, 11-cv-2340 (D. Kan.) (the "Kansas Action"), Judge Lungstrum entered an order on October 20, 2015 extending the deadline to file dispositive motions to March 1, 2016 (ECF No. 684);

WHEREAS, trial in the Kansas Action has been set for January 23, 2017, but no trial date has been set in this action;

WHEREAS, due to the complex nature of the issues that are expected to be briefed in summary judgment motions, the Parties jointly request an extension of time to file summary judgment motions, and further jointly request that they be permitted 45 days to submit opposition briefing and an additional 30 days to submit reply briefing;

WHEREAS, the Parties have agreed to a proposed revised schedule for summary judgment motions, subject to the Court's approval, that modifies the existing schedule in the Master Discovery Protocol (ECF No. 317);

WHEREAS, the Parties' proposed schedule will not affect any other deadlines in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, subject to the approval of the Court, the schedule for summary judgment motions shall be as follows:

1. Any summary judgment motions are to be filed by **August 5, 2016**. Responses to summary judgment motions are to be filed by **September 19, 2016**, and replies in support of any such motions are to be filed by **October 19, 2016**.

DATED: December 30, 2015        Respectfully submitted,

**NATIONAL CREDIT UNION ADMINISTRATION BOARD**

By: /s/ *Michael E. Klenov*
One of Their Attorneys

SUSMAN GODFREY LLP
1901 Avenue of the Stars Suite 950
Los Angeles, California 90067-6029
Bryan J E Caforio
Marc M. Seltzer

ELIAS GUTZLER SPICER LLC
1924 Chouteau Ave., Suite W
St. Louis, Missouri 63103
Richard M. Elias
Greg G. Gutzler
Tamara M. Spicer

KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St Louis, Missouri 63101-1625
Stephen M. Tillery
Michael E. Klenov
Steven M. Berezney
Robert L. King
Douglas R. Sprong

KELLOGG HUBER HANSEN TODD EVANS AND FIGEL PLLC
1615 M Street NW Suite 400
Washington, DC 20036
David C. Frederick
Joseph S. Hall
Mark C. Hansen
Wan J. Kim
Scott K. Attaway

KOREIN TILLERY LLC
205 North Michigan Ave., Suite 1950
Chicago, Illinois 60601
George A. Zelcs

**RBS SECURITIES INC., RBS ACCEPTANCE INC., AND FINANCIAL ASSET SECURITIES CORP.**

By: /s/ *R. Alexander Pilmer*
One of Their Attorneys

**NOMURA ASSET ACCEPTANCE CORPORATION**

By: /s/ *Barbara S. Steiner*
One of Their Attorneys

JENNER & BLOCK LLP

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>333 S. Hope St., Suite 2900<br>Los Angeles, California 90071<br>R. Alexander Pilmer<br>David I. Horowitz<br>Tammy A. Tsoumas<br>Derek Milosavljevic<br>Jay L. Bhimani<br>Kristin E. Rose<br>Gavin C.P. Campbell | 353 North Clark Street<br>Chicago, IL 60654-3456<br>Barbara S. Steiner<br>Matthew J. Thomas<br>Jonathan A. Zajac<br>Casey T. Grabenstein<br><br>JENNER & BLOCK LLP<br>633 West 5th Street Suite 3500<br>Los Angeles, CA 90071<br>Christopher C. Chiou |