R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-05887 GW (JEMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT BRIEFING**<br><br>Judge: George H. Wu<br>Courtroom: 10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

GOOD CAUSE HAVING BEEN SHOWN, the Parties' Joint Stipulation is GRANTED.

Now, therefore, pursuant to the Parties' Joint Stipulation, the schedule with respect to summary judgment motions for Defendants RBS Securities Inc., RBS Acceptance Inc., and Nomura Asset Acceptance Corporation, and Plaintiff National Credit Union Administration Board shall be as follows:

1. Any summary judgment motions are to be filed by **August 5, 2016**. Responses to summary judgment motions are to be filed by **September 19, 2016**, and replies in support of any such motions are to be filed by **October 19, 2016**.

**IT IS SO ORDERED**.

This _____ day of December, 2015.

                                                           Hon. George J. Wu
                                                           United States District Judge