MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN CAFORIO (261265)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, <br><br> Plaintiff, <br><br> vs. <br><br> RBS SECURITIES, INC., f/k/a RBS GREENWICH CAPITAL MARKETS, INC.; GREENWICH CAPITAL ACCEPTANCE, INC.; AMERICAN HOME MORTGAGE ASSETS LLC; INDYMAC MBS, INC.; LARES ASSET SECURITIZATION, INC.; NOMURA ASSET ACCEPTANCE CORP.; NOMURA HOME EQUITY LOAN, INC.; and WACHOVIA MORTGAGE LOAN TRUST, LLC., <br><br> Defendants. | Case No. CV-11-5887 GW(JEMx) <br><br> **NCUA'S MOTION FOR A BAR ORDER** <br><br> Am. Compl. filed: Nov. 14, 2014 <br> Judge: Hon. George Wu <br> Courtroom: 10 |

## NCUA'S MOTION FOR A BAR ORDER

Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA"), respectfully moves for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Morgan Stanley & Co., Inc. and Saxon Asset Securities Company for contribution or indemnity in connection with two residential mortgage-backed securities Certificates at issue in *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-2418 (D. Kan.). NCUA incorporates its memorandum in support as if fully stated herein.

Dated: January 6, 2016

| | |
|---|---|
| GEORGE A. ZELCS<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue,<br>Suite 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9750<br>Fax: (312) 641-9751<br><br>STEPHEN M. TILLERY<br>DOUGLAS R. SPRONG<br>ROBERT L. KING<br>DIANE E. MOORE<br>KOREIN TILLERY LLC<br>505 North Seventh Street<br>Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844<br>Fax: (314) 241-3525 | MARC M. SELTZER<br>BRYAN CAFORIO<br>SUSMAN GODFREY L.L.P.<br><br>MARK C. HANSEN<br>DAVID C. FREDERICK<br>dfrederick@khhte.com<br>WAN J. KIM<br>JOSEPH S. HALL<br>GREGORY G. RAPAWY<br>KELLOGG, HUBER, HANSEN,<br>  TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999 |

By:     /s/ David C. Frederick
        David C. Frederick

*Attorneys for Plaintiff NCUA*