R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Jay L. Bhimani (State Bar No. 267689)
Email: jay.bhimani@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile:   (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. and RBS Acceptance Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>Defendants. | Case No. CV 11-5887-GW(JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR BRIEFING AND HEARING ON MOTION FOR BAR ORDER**<br><br>Judge:         George H. Wu<br>Courtroom:   10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

Having considered the parties' Joint Stipulation to Extend Deadlines for Briefing and Hearing on Motion for Bar Order, and with good cause appearing therefore, the Court hereby orders as follows:

1. The hearing on the Motion for a Bar Order (ECF No. 549) (the "Motion") currently scheduled for February 8, 2016 at 8:30 a.m. shall be vacated and rescheduled for February 29, 2016 at 8:30 a.m.

2. Any opposition to the Motion shall be due on or before February 1, 2016, and any reply in support thereof shall be due on or before February 15, 2016.

**IT IS SO ORDERED**.

This 15th day of January, 2016.

_____
Hon. George H. Wu
United States District Judge