Michael E. Klenov (Cal. Bar No. 277028)
mklenov@koreintillery.com
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, Missouri 63101-1625
Telephone:  (314) 241-4844
Facsimile:   (314) 241-3525

*Attorney for Plaintiff National Credit Union Administration Board*
(See Signature Page for Names and Addresses of Additional Counsel)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>*Plaintiff*,<br>vs.<br><br>RBS SECURITIES INC., *et al.*,<br><br>*Defendants*. | Case No. CV-11-05887 GW(JEMx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:           Hon. George Wu<br>Courtroom:    10<br><br>Complaint Filed:<br>July 18, 2011<br><br>First Amended Complaint Filed:<br>August 19, 2013<br><br>Second Amended Complaint Filed:<br>November 14, 2014 |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff National
2  Credit Union Administration Board, as Liquidating Agent of Western Corporate
3  Federal Credit Union, Defendants RBS Securities Inc. and RBS Acceptance Inc., and
4  Defendants Nomura Asset Acceptance Corp. and Nomura Home Equity Loan, Inc.
5  hereby stipulate to the dismissal with prejudice of all claims in the above-captioned
6  action, with each party to bear its own costs.

Dated: November 21, 2016

Respectfully submitted,

| | |
|---|---|
| /s/   Michael E. Klenov | |
| Stephen M. Tillery | David C. Frederick |
| Michael E. Klenov | Wan J. Kim |
| Steven M. Berezney | Andrew E. Goldsmith |
| KOREIN TILLERY LLC | Daniel V. Dorris |
| 505 North Seventh Street, Suite 3600 | KELLOGG, HUBER, HANSEN, |
| St. Louis, Missouri 63101-1625 |   TODD, EVANS & FIGEL, P.L.L.C. |
| | Sumner Square |
| George A. Zelcs | 1615 M Street, N.W., Suite 400 |
| KOREIN TILLERY LLC | Washington, D.C. 20036 |
| 205 North Michigan Ave., Suite 1950 | |
| | |
| Marc. M. Seltzer | |
| SUSMAN GODFREY LLP | |
| 1901 Avenue of the Stars Suite 950 | |
| Los Angeles, California 90067-6029 | |

*Attorneys for Plaintiff National Credit Union Administration Board*

| | |
|---|---|
| /s/   David I. Horowitz | /s/   Christopher C. Chiou |
| R. Alexander Pilmer | Christopher C. Chiou |
| David I. Horowitz | JENNER BLOCK LLP |
| Tammy A. Tsoumas | 633 West 5th Street, Suite 3500 |
| Derek Milosavljevic | Los Angeles, California 90071 |
| Jay L. Bhimani | |
| Kristin E. Rose | Barbara S. Steiner |
| Gavin C.P. Campbell | Matthew J. Thomas |
| KIRKLAND & ELLIS LLP | Jonathan A. Zajac |
| 333 S. Hope St., Suite 2900 | Casey T. Grabenstein |
| Los Angeles, California 90071 | JENNER & BLOCK LLP |
| | 353 North Clark Street |
| *Attorneys for Defendants RBS Securities Inc. and RBS Acceptance Inc.* | Chicago, Illinois 60654-3456 |
| | *Attorneys for Defendant Nomura Asset Acceptance Corp.* |

1     Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

2

3   Dated: November 21, 2016         /s/    Michael E. Klenov

- 4 -